# EXHIBIT A

# EXHIBIT A1

**HCDistrictclerk.com** JOHNSON, MICHELLE vs. THE LINCOLN   7/24/2020
        NATIONAL LIFE INSURANCE COMPANY
        Cause: 202038364  CDI: 7  Court: 164

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | | |
|---|---|---|
| **File Date** | 6/26/2020 | |
| **Case (Cause) Location** | | |
| **Case (Cause) Status** | Active - Civil | |
| **Case (Cause) Type** | Insurance | |
| **Next/Last Setting Date** | N/A | |
| **Jury Fee Paid Date** | 6/26/2020 | |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 164th |
| **Address** | 201 CAROLINE (Floor: 12) HOUSTON, TX 77002 Phone:7133686264 |
| **JudgeName** | JUDGE PRESIDING |
| **Court Type** | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| JOHNSON, MICHELLE | PLAINTIFF - CIVIL | | HAMMOCK, ROY T |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | DEFENDANT - CIVIL | | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY (A NONRESIDENT | REGISTERED AGENT | | |

## INACTIVE PARTIES
No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|------|-------------|--------------|-----------|-----|--------------|-----------------|---------------|
| 6/26/2020 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 6/26/2020 | ORIGINAL PETITION | | | 0 | | HAMMOCK, ROY TALMADGE | JOHNSON, MICHELLE |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|------|--------|------------|--------|-----------|--------|--------|----------|----------|----------|------------|
| CITATION CORPORATE | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | THE LINCOLN NATIONAL LIFE INSURANCE COMPANY (A NONRESIDENT | 6/26/2020 | 6/29/2020 | 7/6/2020 | | | 73761973 | E-MAIL |

211 EAST 7TH STREET SUITE 620 AUSTIN TX 78701

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|--------|----------|-----------|------|-----|
| 91434259 | Citation Corporate Return | | 07/23/2020 | 3 |
| 91141697 | Letter re Receipt of E-Citation | | 07/01/2020 | 1 |
| 91094463 | Plaintiff's Original Petition | | 06/26/2020 | 6 |
| -> 91094464 | Exhibit 01 | | 06/26/2020 | 1 |
| -> 91094465 | Exhibit 02 | | 06/26/2020 | 72 |

# EXHIBIT A2

6/26/2020 2:38 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 44080606
By: Cecilia Thayer
Filed: 6/26/2020 2:38 PM

NO. _____

| | | |
|---|---|---|
| **MICHELLE JOHNSON,** | § | **IN THE DISTRICT COURT** |
| **Plaintiff** | § | |
| | § | |
| **V.** | § | **_____ JUDICIAL DISTRICT** |
| | § | |
| **THE LINCOLN NATIONAL LIFE** | § | |
| **INSURANCE COMPANY,** | § | |
| **Defendant** | § | **HARRIS COUNTY, TEXAS** |

<u>**PLAINTIFF'S ORIGINAL PETITION**</u>

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Michelle Johnson, hereinafter called Plaintiff, complaining of and about

The Lincoln National Life Insurance Company, hereinafter called Defendant, and for cause of

action shows unto the Court the following:

**DISCOVERY CONTROL PLAN LEVEL**

1.      Plaintiff intends that discovery be conducted under Discovery Level 2.

**PARTIES AND SERVICE**

2.      Plaintiff, Michelle Johnson, is an Individual whose address is 1323 Castle Glen

Drive, Houston, Texas 77015.

3.      The last three numbers of Michelle Johnson's driver's license number are 585.

4.      Defendant The Lincoln National Life Insurance Company, a Nonresident

Corporation, may be served by serving its registered agent, Corporation Service Company at 211

East 7th Street, Suite 620, Austin, Texas 78701-3218, its registered office. Service of said

Defendant as described above can be effected by personal delivery.

## JURISDICTION AND VENUE

5.      The subject matter in controversy is within the jurisdictional limits of this court.

6.      Plaintiff seeks:

        a.      monetary relief of $100,000 - $200,000.00, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees. The dispute is less than $60,000.00 but legal fees, costs, and prejudgment interest may push it above $100,000.00.

7.      This court has jurisdiction over Defendant The Lincoln National Life Insurance Company, because said Defendant purposefully availed itself of the privilege of conducting activities in the state of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendant, and the assumption of jurisdiction over The Lincoln National Life Insurance Company will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process.

8.      Plaintiff would show that Defendant The Lincoln National Life Insurance Company had continuous and systematic contacts with the state of Texas sufficient to establish general jurisdiction over said Defendant.

9.      Plaintiff would also show that the cause of action arose from or relates to the contacts of Defendant The Lincoln National Life Insurance Company to the state of Texas, thereby conferring specific jurisdiction with respect to said Defendant.

10.     Furthermore, Plaintiff would show that Defendant The Lincoln National Life Insurance Company engaged in activities constituting business in the state of Texas as provided by Section 17.042 of the Texas Civil Practice and Remedies Code, in that said Defendant contracted with a Texas resident and performance of the agreement in whole or in part thereof

was to occur in Texas and committed a tort in whole or in part in Texas.

11.      Venue in Harris County is permissive in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## FACTUAL ALLEGATIONS

12.      Your Plaintiff, Michelle Johnson[1], was employed as a customer service representative with Memorial Hermann Hospital in Houston Texas.  As part of her benefits of said employment, she was covered by a disability policy, both short term and long term, that was issued by Defendant Lincoln. A copy of the policy is attached as exhibit 1. On or about December 11, 2014, Ms.Johnson was injured at work when she suffered an electrical shock in an elevator at her facility. Following this incident, Ms. Johnson was unable to work and made a claim for her short term disability benefits which was paid by Lincoln.

13.      In 2017, when the short term benefits were to expire, Ms. Johnson made claim for long term disability benefits under the policy. In a letter dated March 22, 2017, Lincoln acknowledge her request and approved her long term disability claim indicating that she could receive benefits until as long as November 7, 2036. A copy of the letter is attached as exhibit 2. Then, on or about June 29, 2017, Lincoln reversed its position and indicated that, effective that day, it would not pay any benefits to Ms. Johnson under her long term disability claim.

14.      Under the terms of the agreement, the benefit to be received by Ms. Johnson was $1,591.00 per month.

15.      Ms. Johnson also made a claim to Social Security for disability benefits. The

........................................................
[1] Michelle Johnson was formerly known as Michelle Hudson.

claim was approved in 2019 with a finding that Ms. Johnson had been disabled since December 11, 2014 and provided back benefits starting June 2015. This information was relayed to Lincoln who then demanded Ms. Johnson repay Lincoln some $25,756.67[2]. Ms. Johnson paid said sum to Lincoln.

## BREACH OF CONTRACT

16.     Plaintiff incorporates by reference the allegations set forth above as if the same were fully set forth herein.

17.     Plaintiff has complied with all her obligations under the contract. All conditions precedent to the performance of The Lincoln National Life Insurance Company under the Contract have been met.

18.     Defendant has failed to perform its contractual obligations, specifically, it has failed to pay Ms. Johnson its monthly obligation under the agreement and made it clear it does not intend to honor the contract moving forward.

## DAMAGES

19.     Plaintiff has sustained damages in excess of this Court's jurisdictional minimum, as a result of the actions and/or omissions of Defendant described hereinabove, including, but not limited to:     Actual or economic damages of $53,590.00.[3]

## ATTORNEY'S FEES

---

[2] Under the policy, Lincoln receives a credit against its obligation equal to the amount Social Security pays a claimant. Lincoln determined this credit for payments it had made to Johnson before it cut off benefits in June of 2017.

[3] This is calculated as 233 monthly payments due from June 2017 through the end of the benefit availability of November 2036 at $230 per month - that being what Lincoln should pay after its obligation is reduced by Social Security payment(s).

20.     Request is made for all costs and reasonable and necessary attorney's fees incurred by or on behalf of Plaintiff herein, including all fees necessary in the event of an appeal of this cause to the Court of Appeals and the Supreme Court of Texas, as the Court deems equitable and just, as provided by Chapter 38 of the Texas Civil Practice and Remedies Code.

## ALTERNATIVE ALLEGATIONS

21.     Pursuant to Rules 47 and 48, Texas Rules of Civil Procedure and the rules of pleadings, allegations in this petition are made in the alternative.

## PLAINTIFF HEREBY DEMANDS TRIAL BY JURY

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Michelle Johnson, respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant for the damages requested hereinabove in an amount in excess of the minimum jurisdictional limits of the Court, together with prejudgment and postjudgment interest at the maximum rate allowed by law, attorney's fees, costs of court, and such other and further relief to which the Plaintiff may be entitled at law or in equity, whether pled or unpled.

Respectfully submitted,

HAMMOCK LAW FIRM, PLLC

R. Talmadge Hammock
State Bar No. 00793889
thammock@hammocklawfirm.com
Kristin F. Munkittrick

State Bar No. 24099740
kristin@hammocklawfirm.com
1002 Gemini, Suite 100
Houston, Texas 77058
T: 281-667-4128
F: 281-676-3773
Attorneys for Plaintiff, Michelle Johnson

REF #1887064

 **Lincoln** Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

March 22, 2017

MICHELLE A HUDSON
235 KIRKALDY DRIVE
HOUSTON, TX 77015

Re:  Policyholder: Memorial Hermann Health System
     Policy Number: 00086005992900000
     Claim Number: 1150084242
     Claimant: Michelle Hudson

Dear Mrs. Hudson:

This letter is in reference to your claim for Long Term Disability claim.

We have concluded our investigation into your eligibility for benefits beyond your Own Occupation Period as defined in your policy. We have determined that you are currently Totally Disabled from Any Occupation, and your benefits will continue provided that you remain Totally or Partially Disabled according to the provisions of the policy issued to Memorial Hermann Health System.

Periodically, at least annually, we will continue to request that both you and your physician complete a supplementary report of disability. Our office will notify you when a report is needed and the necessary forms will be mailed to you.

Benefits could potentially be payable to 11/07/2036 for your claim. If you remain eligible through this period, benefits for your claim will expire on that date.

Thank you for your patience during this review process. Please contact our office with any questions you may have at the number listed above.

Sincerely,

Shannon Blair
800-423-2765 ext 7510
Sr Claims Examiner, Claims Professional
The Lincoln National Life Insurance Company

©2017 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

AMENDMENT NO. 10

TO BE ATTACHED TO AND MADE PART OF GROUP POLICY NO.: 000860059929

ISSUED TO: Memorial Hermann Health System

It is agreed that the above policy be replaced with the attached Policy, which is revised and dated July 1, 2013.

The effective date of this amendment is July 1, 2013; but only with respect to disabilities incurred on or after that date. Nothing contained in this amendment shall change any of the terms and conditions of this Policy; except as stated above.

### THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

_____
Officer of the Company

Accepted by the Group Policyholder this _____ day of _____ 20_____

By _____   Title _____

GL1100 AMEND.

# The Lincoln National Life Insurance Company

A Stock Company      Home Office Location:  Fort Wayne, Indiana
Group Insurance Service Office:  8801 Indian Hills Drive, Omaha, NE 68114-4066 (402) 361-7300

In Consideration of the Application for this Policy made by

### Memorial Hermann Health System

(herein called the Policyholder)

and the payment of all premiums when due, The Lincoln National Life Insurance Company agrees to make the payments provided in this Policy to the person or persons entitled to them.

Policy No.    000860059929              Policy Effective Date:    March 1, 2004

Monthly Premium:    See Premium Rate Schedule

Policy Anniversaries will be annual beginning on:  July 1, 2015

The first premium is due on this Policy's Effective Date, and subsequent premiums are due on April 1, 2004, and on the same day of each month thereafter.

This Policy is delivered in the state of Texas and subject to the laws of that jurisdiction.

The Lincoln National Life Insurance Company has executed this Policy at its Group Insurance Service Office in Omaha, Nebraska this 11th day of November, 2013.

SECRETARY                          PRESIDENT

**NOTE:  This is not a policy of Workers' Compensation insurance.  The employer does not become a subscriber to the Workers' Compensation system by purchasing this policy; and, if the employer is a non-subscriber, the employer loses those benefits which would otherwise accrue under the Workers' Compensation laws.  The employer must comply with the Workers' Compensation law as it pertains to non-subscribers and the required notifications that must be filed and posted.**

### GROUP LONG-TERM DISABILITY INSURANCE POLICY

## PREMIUM RATE SCHEDULE

Monthly Premium for Classes 1 and 3:  .607% of Total Covered Payroll per Month

Monthly Premium for Class 2:  .241% of Total Covered Payroll per Month for the Core Benefit and .177% of Total Covered Payroll per Month for the Buy-Up Benefit.

Policy Face Page

# TABLE OF CONTENTS

Schedule of Benefits ............................................................................. 3

Definitions ........................................................................................... 4

General Provisions ............................................................................... 9

Claims Procedures ............................................................................. 11

Eligibility ........................................................................................... 15

Effective Dates ................................................................................... 15

Individual Termination ....................................................................... 17

Policy Termination ............................................................................. 18

Premiums and Premium Rates ............................................................ 19

Total Disability Monthly Benefit ........................................................ 20

Partial Disability Monthly Benefit ...................................................... 21

Other Income Benefits ........................................................................ 23

Recurrent Disability ........................................................................... 24

Exclusions .......................................................................................... 25

Specified Injuries or Sicknesses Limitation ........................................ 26

Mandatory Vocational Rehabilitation Benefit Provision ..................... 28

Reasonable Accommodation Benefit ................................................... 29

Prior Insurance Credit Upon Transfer of Insurance Carriers ............... 30

Family Income Benefit ........................................................................ 31

Notice ................................................................................................. 32

GL3001-LTD-2

07/01/13

Memorial Hermann Health System
000860059929

**SCHEDULE OF BENEFITS**

ELIGIBLE CLASS means:  Class 1     Executives

MINIMUM HOURS BI-WEEKLY:  70

**LONG-TERM DISABILITY BENEFITS**

BENEFIT PERCENTAGE:   60%

MAXIMUM MONTHLY BENEFIT:   $15,000

MINIMUM MONTHLY BENEFIT:   $100 or 10% of the Insured Employee's Monthly Benefit, whichever is greater

Long-Term Disability Benefits for PRE-EXISTING CONDITIONS will be subject to the Pre-Existing Condition Exclusion on the Exclusion page.

ELIMINATION PERIOD:   180 calendar days of Disability caused by the same or a related Sickness or Injury, which must be accumulated within a 360 calendar day period.

**MAXIMUM BENEFIT PERIOD:** (For Sickness, Injury, or Pre-Existing Conditions):   The Insured Employee's Social Security Normal Retirement Age, or the Maximum Benefit Period shown below (whichever is later).

| Age at Disability | Maximum Benefit Period |
|---|---|
| Less than Age 60 | To Age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 and Over | 12 months |

OWN OCCUPATION PERIOD means a period beginning at the end of the Elimination Period and ending at the end of the Maximum Benefit Period for Insured Employees.

WAITING PERIOD:    None  (For date insurance begins, refer to "Effective Dates" section)

CONTRIBUTIONS:    Insured employees are not required to contribute to the cost of the Long-Term Disability coverage.

Initial Enrollment Period means a 30-calendar day period following the date an Insured Person becomes eligible for coverage.  During this period, coverage may be elected without Evidence of Insurability.

GL3001-LTD-SB

07/01/13

Memorial Hermann Health System
000860059929

## SCHEDULE OF BENEFITS

**ELIGIBLE CLASS means:  Class 2     All Other Full-Time Employees**

**MINIMUM HOURS BI-WEEKLY:  70**

## LONG-TERM DISABILITY BENEFITS

**BENEFIT PERCENTAGE:    50% if Core Benefit only is elected; or 60% if Buy-Up Benefit is elected**

**MAXIMUM MONTHLY BENEFIT:   $10,000**

**MINIMUM MONTHLY BENEFIT:    $100 or 10% of the Insured Employee's Monthly Benefit, whichever is greater**

Long-Term Disability Benefits for PRE-EXISTING CONDITIONS will be subject to the Pre-Existing Condition Exclusion on the Exclusion page.

**ELIMINATION PERIOD:   180 calendar days** of Disability caused by the same or a related Sickness or Injury, which must be accumulated within a 360 calendar day period.

**MAXIMUM BENEFIT PERIOD:** (For Sickness, Injury, or Pre-Existing Conditions):   The Insured Employee's Social Security Normal Retirement Age, or the Maximum Benefit Period shown below (whichever is later).

| Age at Disability | Maximum Benefit Period |
|---|---|
| Less than Age 60 | To Age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 and Over | 12 months |

**OWN OCCUPATION PERIOD means** a period beginning at the end of the Elimination Period and ending 24 months later for Insured Employees.

**WAITING PERIOD:    None** (For date insurance begins, refer to "Effective Dates" section)

**CONTRIBUTIONS:    Insured** employees are not required to contribute to the cost of the Long-Term Disability Core Benefit. Insured employees are required to contribute to the cost of the Long-Term Disability Buy-Up Benefit.

Under the Policy Termination Section on form GL3001-LTD-10, Items (2) and (3) do not apply to the Buy-Up Benefit.  Instead, the Company may terminate the Buy-Up Benefit under this Policy on the due date of any premium if less than 15% of those eligible for coverage are insured.

EVIDENCE OF INSURABILITY will be provided at the Company's expense.

Initial Enrollment Period means a 30-calendar day period following the date an Insured Person becomes eligible for coverage.  During this period, coverage may be elected without Evidence of Insurability.

GL3001-LTD-SB

Memorial Hermann Health System
000860059929

## SCHEDULE OF BENEFITS

**ELIGIBLE CLASS means:  Class 3    Physicians**

**MINIMUM HOURS BI-WEEKLY:  70**

### LONG-TERM DISABILITY BENEFITS

**BENEFIT PERCENTAGE:    60%**

**MAXIMUM MONTHLY BENEFIT:  $15,000**

**MINIMUM MONTHLY BENEFIT:**    $100 or 10% of the Insured Employee's Monthly Benefit, whichever is greater

Long-Term Disability Benefits for PRE-EXISTING CONDITIONS will be subject to the Pre-Existing Condition Exclusion on the Exclusion page.

**ELIMINATION PERIOD:**    180 calendar days of Disability caused by the same or a related Sickness or Injury, which must be accumulated within a 360 calendar day period.

**MAXIMUM BENEFIT PERIOD:** (For Sickness, Injury, or Pre-Existing Conditions):    The Insured Employee's Social Security Normal Retirement Age, or the Maximum Benefit Period shown below (whichever is later).

| Age at Disability | Maximum Benefit Period |
|---|---|
| Less than Age 60 | To Age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 and Over | 12 months |

**OWN OCCUPATION PERIOD** means a period beginning at the end of the Elimination Period and ending at the end of the Maximum Benefit Period for Insured Employees.

**WAITING PERIOD:**    None  (For date insurance begins, refer to "Effective Dates" section)

**CONTRIBUTIONS:**    Insured employees are not required to contribute to the cost of the Long-Term Disability coverage.

Initial Enrollment Period means a 30-calendar day period following the date an Insured Person becomes eligible for coverage.  During this period, coverage may be elected without Evidence of Insurability.

GL3001-LTD-SB

07/01/13

## DEFINITIONS

As used throughout this Policy, the following terms shall have the meanings indicated below.  Other parts of this Policy contain definitions specific to those provisions..

**ACTIVE WORK** or **ACTIVELY-AT-WORK** means an Employee's full-time performance of all main duties of such Employee's occupation at:
1.   the Employer's usual place of business; or
2.   any other business location to which the Employer requires the Employee to travel.

Unless Disabled on the prior workday or on the day of absence, an Employee will be considered Actively at Work on the following days:
1.   a Saturday, Sunday or holiday which is not a scheduled workday;
2.   a paid vacation day or other scheduled or unscheduled non-workday; or
3.   an excused or emergency leave of absence (except a medical leave) of 30 days or less.

**ANNUAL SALARY** means the Insured Employee's Basic Monthly Earnings or Predisability Income multiplied by 12.

**BASIC MONTHLY EARNINGS** or **PREDISABILITY INCOME** means:the Insured Employee's average monthly base salary or hourly pay from the Employer before taxes on the Determination Date.  The "Determination Date" is the last day worked just prior to the date the Disability begins.

It does **not** include commissions, bonuses, overtime pay, or any other extra compensation.  It does not include income from a source other than the Employer.  It will not exceed the amount shown in the Employer's financial records, the amount for which premium has been paid, or the Maximum Covered Monthly Earnings permitted by this Policy; whichever is less.  (Maximum Covered Monthly Earnings equals the Maximum Monthly Benefit divided by the Benefit.Percentage shown in the Schedule of Benefits.) Exception:  For purposes of determining the Partial Disability Monthly Benefit, Basic Monthly Earnings will not exceed the amount shown in the Employer's financial records.

**COMPANY** means The Lincoln National Life Insurance Company, an Indiana corporation, whose Group Insurance Service Office address is 8801 Indian Hills Drive, Omaha, Nebraska 68114-4066.

## DEFINITIONS
### (continued)

**DAY** or **DATE** means the period of time which begins at 12:01 a.m. and ends at 12:00 midnight, standard time, at the Policyholder's place of business.  When used with regard to effective dates, it means 12:01 a.m. When used with regard to termination dates, it means 12:00 midnight.

**DISABLED** or **DISABILITY** means Totally Disabled and/or Partially Disabled.

**DISABILITY BENEFIT** when used with the term Retirement Plan, means a benefit which:
1. is payable under a Retirement Plan due to disability as defined in that plan; and
2. does not reduce the benefits which would have been paid as Retirement Benefits at the normal retirement age under the plan if the disability had not occurred.
If the payment of the benefit does cause such a reduction, the benefit will be deemed a Retirement Benefit as defined in this Policy.

**ELIGIBILITY WAITING PERIOD** means the period of time that:
1. begins with an Employee's most recent date of employment with the Employer; and
2. ends on the day prior to the day such Employee is eligible for coverage under this Policy.

**ELIMINATION PERIOD** means the number of days of Disability during which no benefit is payable.  The Elimination Period is shown in the Schedule of Benefits.  It applies as follows.
1. The Elimination Period:
   (a) begins on the first day of Disability; and
   (b) is satisfied when the required number of days is accumulated within a period which does not exceed two times the Elimination Period.
   During a period of Disability, the Insured Employee may return to full-time work, at his or her own or any other occupation, for an accumulated number of days not to exceed the Elimination Period.
2. Only days of Disability due to the same or a related Sickness or Injury will count towards the Elimination Period.  Days on which the Insured Employee returns to full-time work will not count towards the Elimination Period.

**EMPLOYEE** means a person:
1. whose employment with the Employer is:
   (a) on a regular full-time basis;
   (b) the person's principal occupation; and
   (c) for regular wage or salary;
2. who is regularly scheduled to work at such occupation at least the minimum number of hours shown in the Schedule of Benefits; and
3. who is a member of an Eligible Class which is eligible for coverage under this Policy;
4. who is not a temporary or seasonal employee; and
5. who is a citizen of the United States or legally works in the United States.

**EMPLOYER** means the Policyholder and includes any division, subsidiary or affiliated company named in the Application.

**EVIDENCE OF INSURABILITY** means a statement of proof of an Employee's medical history.  The Company uses this to determine his or her acceptance for insurance, or for an increased amount of insurance. Such proof will be provided at the Employee's own expense.

## DEFINITIONS
### (continued)

**FAMILY OR MEDICAL LEAVE** means a leave of absence which is approved in writing by the Employer; and which is subject to:
1. the federal Family and Medical Leave Act of 1993, and any amendments to it; or
2. any similar state law requiring the Employer to grant family or medical leaves.

**INSURED EMPLOYEE** means an Employee for whom Policy coverage is in effect.

**INJURY** means bodily injury which is caused by and results directly from an accident, independently of all other causes. For purposes of determining benefits under this Policy, a Disability will be considered due to an Injury only if:
1. the Disability begins within 90 days after the Injury; or
2. the Injury occurred while the Employee was insured under this Policy.

The term "Injury" **shall not** include any:
1. condition to which a physical or mental sickness, the natural progression of a sickness, or the treatment of a sickness is a substantial contributing factor (based upon the preponderance of medical evidence);
2. condition caused solely by emotional stress or mental trauma;
3. repetitive trauma condition which results from repetitious, physically traumatic activities that occur over time;
4. pregnancy; except for complications which result from a covered Injury;
5. condition caused by infection; except pyogenic bacterial infection of a covered Injury; or
6. condition caused by medical or surgical treatment; except when the treatment is needed solely because of a covered Injury.

GL3001-LTD-4 98

6

07/01/13

# DEFINITIONS
## (continued)

**MAIN DUTIES or MATERIAL AND SUBSTANTIAL DUTIES** means those job duties which:
1.  are normally required to perform the Insured Person's regular occupation; and
2.  cannot reasonably be modified or omitted.
It includes those main duties as performed in the national workforce; **not** as performed for a certain firm or at a certain work site.

**MEDICALLY APPROPRIATE TREATMENT** means diagnostic services, consultation, care or services which are consistent with the symptoms or diagnosis causing the Insured Employee's Disability.  Such treatment must be rendered:
1.  by a Physician whose license and any specialty are consistent with the disabling condition; and
2.  according to generally accepted, professionally recognized standards of medical practice.

**MONTHLY BENEFIT** means the amount payable monthly by the Company to the Insured Employee who is Totally or Partially Disabled.

**OWN OCCUPATION PERIOD** means a period as shown in the Schedule of Benefits.

**PARTIALLY DISABLED or PARTIAL DISABILITY** shall be as defined in the Partial Disability Monthly Benefit sections.

**PARTIAL DISABILITY EMPLOYMENT** means the Insured Employee is working at his or her own or any other occupation; but because of a Partial Disability:
1.  the Insured Employee's hours or production is reduced;
2.  one or more main duties of the job are reassigned; or
3.  the Insured Employee is working in a lower-paid occupation.
His or her current earnings must be at least 20% of Predisability Income, and may not exceed the percentage specified in the Partial Disability Benefit section.

**PHYSICIAN** means:
1.  a legally qualified medical doctor who is licensed to practice medicine, to prescribe and administer drugs, or to perform surgery; or
2.  any other duly licensed medical practitioner who is deemed by state law to be the same as a legally qualified medical doctor.
The medical doctor or other medical practitioner must be acting within the scope of his or her license; and must be qualified to provide medically appropriate treatment for the Insured Employee's disabling condition.

Physician does **not** include the Insured Employee or a relative of the Insured Employee receiving treatment. (Relatives include the Insured Employee's spouse, siblings, parents, children and grandparents; and his or her spouse's relatives of like degree.)

**POLICY** means this Group Long Term Disability Insurance Policy issued by the Company to the Policyholder.

**POLICYHOLDER** means the person, individual, firm, trust or other organization as shown on the Face Page of this Policy.

**PREDISABILITY INCOME** - See Basic Monthly Earnings.

GL3001-LTD-5 98

7

07/01/13

## DEFINITIONS
### (continued)

**REGULAR CARE OF A PHYSICIAN** or **REGULAR ATTENDANCE OF A PHYSICIAN** means the Insured Employee:
1. personally visits a Physician, as often as medically required according to standard medical practice to effectively manage and treat his or her disabling condition; and
2. receives medically appropriate treatment, by a Physician whose license and any specialty are consistent with the disabling condition.

**REGULAR OCCUPATION** or **OWN OCCUPATION** means the occupation, trade or profession:
1. in which the Insured Employee was employed with the Employer prior to Disability; and
2. which was his or her primary source of earned income prior to Disability.

It includes any work in the same occupation for pay or profit; whether such work is with the Employer, with some other firm or on a self-employed basis. It includes the main duties of that occupation as performed in the national workforce; **not** as performed for a certain firm or at a certain work site.

**RETIREMENT BENEFIT** when used with the term Retirement Plan, means a benefit which:
1. is payable under a Retirement Plan either in a lump sum or in the form of periodic payments;
2. does not represent contributions made by an Employee (payments which represent Employee contributions are deemed to be received over the Employee's expected remaining life regardless of when such payments are actually received); and
3. is payable upon:
   (a) early or normal retirement; or
   (b) disability, if the payment does reduce the benefit which would have been paid at the normal retirement age under the plan, if disability had not occurred.

**RETIREMENT PLAN** means a defined benefit or defined contribution plan which provides Retirement Benefits to Employees and which is not funded wholly by Employee contributions. The term shall **not** include any 401(k), profit-sharing or thrift plan; informal salary continuance plan; individual retirement account (IRA); tax sheltered annuity (TSA); stock ownership plan; or a non-qualified plan of deferred compensation. An Employer's Retirement Plan is deemed to include any Retirement Plan:
1. which is part of any federal, state, county, municipal or association retirement system; and
2. for which the Employee is eligible as a result of employment with the Employer.

**SICK LEAVE** or **ANY SALARY CONTINUANCE PLAN** means a plan which:
1. is established and maintained by the Employer for the benefit of Insured Employees; and
2. continues payment of all or part of an Insured Employee's Predisability Income for a specified period after he or she becomes Disabled.

It does **not** include compensation the Employer pays an Insured Employee for work actually performed during a Disability.

**SICKNESS** means illness, pregnancy or disease.

**TOTAL COVERED PAYROLL** means the total amount of Basic Monthly Earnings for all Employees insured under this Policy.

**TOTAL DISABILITY** or **TOTALLY DISABLED** shall be defined in the Total Disability Monthly Benefit section.

## GENERAL PROVISIONS

**ENTIRE CONTRACT.**  The entire contract between the parties shall consist of:
1. this Policy and any amendments to it;
2. the Policyholder's application (a copy of which is attached);
3. any Participating Employers' applications or Participation Agreements; and
4. any individual applications of the Insured Employees.

In the absence of fraud, all statements made by the Policyholder and by Insured Employees are representations and not warranties.  No statement made by an Insured Employee will be used to contest the coverage provided by this Policy, unless:
1. it is contained in a written statement signed by that Insured Employee; and
2. a copy of the statement has been furnished to that Insured Employee.

**AUTHORITY TO MAKE OR AMEND CONTRACT.**  Only a Company Officer located in the Company's Group Insurance Service Office has the authority to:
1. determine the insurability of a group or any individual within a group;
2. make a contract in the Company's name;
3. amend or waive any provision of this Policy; or
4. extend the time for payment of any premium.

No change in this Policy will be valid, unless it is made in writing and signed by such a Company Officer.

**INCONTESTABILITY.**  Except for the non-payment of premiums or fraud, the Company may not contest the validity of this Policy after it has been in force for two years from its date of issue; and as to any Insured Employee, after his or her coverage has been in force for two years during his or her lifetime.  This clause does not preclude, at any time, the assertion of defenses based upon:
1. this Policy's eligibility requirements, exclusions and limitations; and
2. other Policy provisions unrelated to the validity of coverage.

**RESCISSION.**  The Company has the right to rescind any insurance for which Evidence of Insurability was required, if:
1. an Insured Employee incurs a claim during the first two years of coverage; and
2. the Company discovers that the Insured Employee made a Material Misrepresentation on his or her application.

A **"Material Misrepresentation"** is an incomplete or untrue statement that caused the Company to issue coverage that it would have disapproved, had it known the truth.  **"To rescind"** means to cancel insurance back to its effective date.  In that event, the Company will refund all premium paid for the rescinded insurance, less any benefits paid for the Insured Employee's claims.  The Company reserves the right to recover any claims paid in excess of such premiums.

**NON-PARTICIPATION.**  This is a non-participating Policy.  It will not share in the divisible surplus of the Company.

**INFORMATION TO BE FURNISHED.**  The Employer is required to furnish the Company any information needed to administer this Policy, including:
1. information about Employees:
   a. who become eligible for insurance;
   b. whose amounts of coverage change; or
   c. whose eligibility or coverage ends;
2. occupational information and other facts that may be needed to manage a claim; and
3. any other information that the Company may reasonably require.

The Company may inspect any of the Employer's records that relate to this Policy, at any reasonable time.

Clerical error by the Employer:
1. will not void or terminate insurance that otherwise would be in effect;
2. will not result in insurance coverage that otherwise would not be in effect; and
3. will not continue insurance that otherwise would be terminated.

Once an error is discovered, a fair adjustment in premium will be made.  If a premium adjustment involves the return of unearned premium, the amount of the return will be limited to the 12-month period that precedes the date the Company receives proof that such an adjustment should be made.

GL3001-LTD-7 04

07/01/13

## GENERAL PROVISIONS
### (continued)

**MISSTATEMENTS OF FACTS.**  If relevant facts about any person were misstated:
1.    a fair adjustment of the premium will be made; and
2.    the true facts will decide if and in what amount insurance is valid under this Policy.
If an Insured Employee's age has been misstated, any benefits shall be in the amount the paid premium would have purchased at the correct age.

**ACTS OF THE POLICYHOLDER.**  In administering this Policy, the Policyholder must:
1.    treat Employees the same in like situations; and
2.    allow the Company, without inquiry, to rely on its acts.

**POLICYHOLDER'S AGENCY.**  For all purposes of this Policy, the Policyholder acts on its own behalf or as the Employee's agent.  Under no circumstances will the Policyholder be deemed the Company's agent.

**CERTIFICATES.**  The Employer will be furnished with individual Certificates for delivery to each Insured Employee.  These Certificates summarize the benefits provided by this Policy.  If there is a conflict between this Policy and the Certificate, this Policy will control.

**CONFORMITY WITH STATE STATUTES.**  If, on its effective date, any provision of this Policy conflicts with any applicable law, the provision will be deemed to conform to the minimum requirements of the law.

**CURRENCY.**  In administering this Policy:
1.    all Predisability Income will be expressed in U.S. dollars; and
2.    all premium and benefit amounts must be paid in U.S. dollars.

**WORKERS' COMPENSATION OR STATE DISABILITY INSURANCE.**  This Policy does not replace or provide benefits required by:
1.    Workers' Compensation laws; or
2.    any state disability insurance plan laws.

**ASSIGNMENT.**  The rights and benefits under this Policy may not be assigned.

GL3001-LTD-7 04

07/01/13

## CLAIMS PROCEDURES

**NOTICE OF CLAIM.** Written notice of claim must be given during the Elimination Period. The notice must be sent to the Company's Group Insurance Service Office. It should include:
1. the Insured Employee's name and address; and
2. the number of this Policy.

If this is not possible, written notice must be given as soon as it is reasonably possible.

**CLAIM FORMS.** When notice of claim is received, the Company will send claim forms to the Insured Employee. If the Company does not send the forms within 15 days, the Insured Employee may send the Company written proof of Disability in a letter. It should state the date the Disability began, its cause and degree. The Company will periodically send the Insured Employee additional claim forms.

**PROOF OF CLAIM.** The Company must be given written proof of claim within 90 days after the end of the Elimination Period. When it is not reasonably possible to give written proof in the time required, the claim will not be reduced or denied solely for this reason, if the proof is filed:
1. as soon as reasonably possible; and
2. in no event later than one year after it was required.

These time limits will not apply while an Insured Employee lacks legal capacity.

Proof of claim must be provided at the Insured Employee's own expense. It must show the date the Disability began, its cause and degree. Documentation must include:
1. completed statements by the Insured Employee and the Employer;
2. a completed statement by the attending Physician, which must describe any restrictions on the Insured Employee's performance of the duties of his or her Regular Occupation;
3. proof of any other income received;
4. proof of any benefits available from other income sources, which may affect Policy benefits;
5. a signed authorization for the Company to obtain more information; and
6. any other items the Company may reasonably require in support of the claim.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

**EXAMINATION.** The Company may have the Insured Employee examined:
1. by a Physician, specialist or vocational rehabilitation expert of the Company's choice;
2. as often as reasonably required while a claim or appeal is pending.

Any such exam will be at the Company's expense.

The Company may determine that (in its opinion) the Insured Employee has:
1. failed to cooperate with an examiner;
2. failed to take an exam scheduled by the Company; or
3. postponed such an exam more than twice.

In that event, benefits may be denied or suspended, until the required exam is completed.

GL3001-LTD-8 04 TX

Rev. 02/11
07/01/13

## CLAIMS PROCEDURES
### (continued)

**TIME OF PAYMENT OF CLAIMS.**  Benefits payable under this Policy will be paid:
1. immediately after the Company receives complete proof of claim and confirms liability; and
2. in any event, within 60 days after the Company receives acceptable proof of claim.

After that:
1. Any benefits will be paid monthly, during any period for which the Company is liable.  If benefits are due for less than a month, they will be paid on a pro rata basis.  The daily rate will equal 1/30 of the Monthly Benefit.
2. Any balance, which remains unpaid at the end of the period of liability, will be paid immediately after the Company receives complete proof of claim and confirms liability; and in any event, within 60 days after the Company receives acceptable proof of claim.

**TO WHOM PAYABLE.**  All benefits are payable to the Insured Employee, while living.  After his or her death, benefits will be payable as follows.
1. Any Survivor Benefit will be payable in accord with that section.
2. Any other benefits will be payable to the Insured Employee's estate.

If a benefit becomes payable to:
1. the Insured Employee's estate; or
2. a minor or any other person who is not legally competent to give a valid receipt;
then up to $2,000 may be paid to any relative of the Insured Employee that the Company finds entitled to payment.  If payment is made in good faith to such a relative, the Company will not have to pay that benefit again.

**NOTICE OF CLAIM DECISION.**  The Company will send the Insured Employee a written notice of its claim decision.  If the Company denies any part of the claim, the written notice will explain:
1. the reason for the denial, under the terms of this Policy and any internal guidelines;
2. how the Insured Employee may request a review of the Company's decision; and
3. whether more information is needed to support the claim.
This notice will be sent within 15 days after the Company resolves the claim.  It will be sent within 45 days after the Company receives the first proof of claim, if reasonably possible.

**Delay Notice.**  The Company may need more than 15 days to process the claim, due to matters beyond its control.  If so, an extension will be permitted.  In that event, the Company will send the Insured Employee a written delay notice:
1. by the 15th day after receiving the first proof of claim; and
2. every 30 days after that, until the claim is resolved.

The notice will explain:
1. what additional information is needed to determine liability; and
2. when a decision can be expected.
If the Insured Employee does not receive a written decision by the 105th day after the Company receives the first proof of claim, there is a right to an immediate review, as if the claim was denied.

**Exception:**  The Company may need more information from the Insured Employee to process a claim.  If so, it must be supplied within 45 days after the Company requests it.  The resulting delay will not count towards the above time limits for claim processing.

**REVIEW PROCEDURE.**  Within 180 days after receiving a denial notice, the Insured Employee may request a claim review by sending the Company:
1. a written request; and
2. any written comments or other items to support the claim.
The Insured Employee may review certain non-privileged information relating to the request for review.

GL3001-LTD-8 04 TX

Rev. 02/11
07/01/13

## CLAIMS PROCEDURES
### (continued)

The Company will review the claim and send the Insured Employee a written notice of its decision. The notice will state the reasons for the Company's decision, under the terms of this Policy and any internal guidelines. If the Company upholds the denial of all or part of the claim, the notice will also describe:
1. any further appeal procedures available under this Policy;
2. the right to access relevant claim information; and
3. the right to request a state insurance department review, or to bring legal action.

This notice will be sent within 45 days after the Company receives the request for review, or within 90 days if a special case requires more time.

**Delay Notice.** If the Company needs more than 45 days to process an appeal, in a special case:
1. an extension of up to 45 more days will be permitted; and
2. the Company will send the Insured Employee a written delay notice, by the 30th day after receiving the request for review.

The notice will explain:
1. the special circumstances which require the delay;
2. whether more information is needed to review the claim; and
3. when a decision can be expected.

**Exception:** The Company may need more information from the Insured Employee to process an appeal. If so, it must be supplied within 45 days after the Company requests it. The resulting delay will not count towards the above time limits for appeal processing.

**Claims Subject to ERISA** (Employee Retirement Income Security Act of 1974). Before bringing a civil legal action under the federal labor law known as ERISA, an employee benefit plan participant or beneficiary must exhaust available administrative remedies. Under this Policy, the plan participant or beneficiary must first seek two administrative reviews of the adverse claim decision, in accord with this section. After the required reviews:
1. an ERISA plan participant or beneficiary may bring legal action under Section 502(a) of ERISA; and
2. the Company will waive any right to assert that he or she failed to exhaust administrative remedies.

**SUBROGATION.** The Company shall have the right to recover any Policy benefits paid for a Disability:
1. which is caused by a third party's wrongful act or negligence; and
2. for which the Insured Employee recovers from the third party or the third party's insurer.

The third party may be another person or an organization.

If a Disability appears to be someone else's fault or liability, Policy benefits will be paid for that Disability only if the Insured Employee agrees:
1. to repay the Company for such benefits, to the extent that they are for the loss for which the Insured Employee recovers damages from the third party;
2. to allow the Company a lien on such damages and to hold them in trust for the Company; and
3. to execute any legal instruments the Company needs to secure the above rights.

If the Company pays such Policy benefits, the Company will be subrogated to the Insured Employee's rights of recovery against the third party who is at fault or liable. The Insured Employee is required:
1. to actively pursue recovery; and
2. to cooperate in the Company's pursuit of recovery.

If he or she does not, Policy benefits may be denied or suspended.

The Company has the right of first reimbursement out of any recovery (judgment, settlement or other recovery) an Insured Employee is able to obtain even if the Insured Employee is not made whole.

## CLAIMS PROCEDURES
### (continued)

These rights extend only to recovery of Policy benefits paid for the same or related Disability. The amount of the repayment may be reduced by reasonable expenses the Insured Employee incurs in recovering from the person at fault.

If recovery is made before Policy benefits are paid, the Company's liability under this Policy for that Disability shall be reduced accordingly. If recovery is made after Policy coverage ends, the Insured Employee must still repay the Company as described above.

**THIRD PARTY REIMBURSEMENT.** The Insured Employee may be entitled to payment or reimbursement from some other person or organization, through a legal action or claim. It must be caused by the same or related Disability for which Policy benefits are payable. In that event, the Company shall have the right to a lien on any recovery from that person or organization. The lien shall apply whether such recovery is by judgment, settlement or otherwise. The amount of the lien will not exceed:
1. the amount actually recovered for such Disability, less reasonable legal fees and expenses the Insured Employee paid to pursue the recovery; or
2. the total amount of Policy benefits paid for the Disability (whichever is less).

If an Insured Employee is entitled to such payment or reimbursement, he or she is required to actively pursue it. If he or she does not, Policy benefits may be denied or suspended. The Insured Employee must take no action to prejudice the Company's right of reimbursement or lien. He or she must:
1. execute any legal instruments; and
2. furnish any information the Company may reasonably require.

The Company has the right of first reimbursement out of any recovery (judgment, settlement or other recovery) an Insured Employee is able to obtain even if the Insured Employee is not made whole.

**RIGHT OF RECOVERY.** If benefits have been overpaid on any short-term disability or long-term disability claim, full reimbursement to the Company is required within 60 days. If reimbursement is not made, the Company has the right to:
1. reduce future benefits and suspend payment of the Minimum Monthly Benefit under this Policy, until full reimbursement is made;
2. reduce benefits payable to the Insured Employee or his or her beneficiary under any group insurance policy issued by the Company, until full reimbursement is made; or
3. recover such overpayments from the Insured Employee or his or her estate.

Such reimbursement is required whether the overpayment is due to:
1. the Company's error in processing a claim;
2. the Insured Employee's receipt of Other Income Benefits;
3. fraud, misrepresentation or omission of relevant facts; or
4. any other reason.

**LEGAL ACTIONS.** No legal action to recover any benefits may be brought until 60 days after the required written proof of claim has been given. No such legal action may be brought more than three years after the date written proof of claim is required.

## ELIGIBILITY

**ELIGIBLE CLASSES**.  The classes of Employees eligible for insurance are shown in the Schedule of Benefits.  The Company has the right to review and terminate any or all classes eligible under this Policy, if any class ceases to be covered by this Policy.

**ELIGIBILITY DATE**.  An Employee becomes eligible for coverage provided by this Policy on the later of:
1.   this Policy's date of issue; or
2.   the date the Waiting Period is completed.

**Prior Service Credit Towards Waiting Period**.  The Waiting Period is shown in the Schedule of Benefits.  Prior service in an Eligible Class will apply toward the Waiting Period, when:
1.   a former Employee is rehired within six months after his or her employment ends; or
2.   an Employee returns from an approved Family or Medical Leave within:
    a.   the 12-week leave period required by federal law; or
    b.   any longer period required by a similar state law; or
3.   an Employee returns from a Military Leave within the period required by federal USERRA law.

## EFFECTIVE DATES

**EFFECTIVE DATE**.   An Employee's initial amount of coverage becomes effective at 12:01 a.m. on the latest of:
1.   the date the Employee becomes eligible for the coverage;
2.   the date the Employee resumes Active Work, if not Actively at Work on the day he or she becomes eligible;
3.   the date the Employee makes written application for coverage and signs;
    a.   a payroll deduction order, if the Employees pay any part of the Policy premium; or
    b.   an order to pay premiums from the Employee's Flexible Benefits Plan account, if premiums are paid through such an account; or
4.   the date the Company approves the Employee's Evidence of Insurability, if required.

Any increased or additional coverage becomes effective at 12:01 a.m. on the latest of:
1.   the first day of the Insurance Month coinciding with or next following the date on which the Insured Employee becomes eligible for the increase, if Actively at Work on that day;
2.   the date the Insured Employee resumes Active Work, if not Actively at Work on the day the increase would otherwise take effect; or
3.   the date any required Evidence of Insurability is approved by the Company.

Any decrease will take effect on the day of the change, whether or not the Insured Employee is Actively at Work.

**EVIDENCE OF INSURABILITY**.  Evidence of Insurability satisfactory to the Company must be submitted (at the Company's expense) when:
1.   an Employee makes written application for coverage (or an increased amount of coverage) more than 31 days after becoming eligible for the coverage;
2.   an Employee makes written application to enroll for coverage after he or she has requested:
    a.   to cancel insurance;
    b.   to stop payroll deductions for the insurance; or
    c.   to stop premium payments from the Flexible Benefits Plan account;
3.   coverage is elected after the Employee has caused insurance to lapse, by failing to pay the required premium when due; or
4.   optional, supplemental or voluntary coverage is elected in excess of any Guaranteed Issue Amounts shown in the Schedule of Benefits.

GL3001-LTD-9 04

07/01/13

## EFFECTIVE DATES
### (Continued)

**EFFECTIVE DATE FOR CHANGE IN ELIGIBLE CLASS.**  An Insured Employee may become a member of a different Eligible Class.  Coverage under the different Eligible Class will be effective:

1. on the first day of the Insurance Month coinciding with or next following the date of the change;
2. except as stated in the Effective Date provision for increases or decreases.

**REINSTATEMENT RIGHTS.**  If an Insured Employee's coverage terminates due to one of the following breaks in service, he or she will be entitled to reinstate the coverage upon resuming Active Work with the Employer within the required timeframe.  **"Reinstatement"** or **"to reinstate"** means to re-enroll for Policy coverage, without satisfying a new Waiting Period or providing Evidence of Insurability.  Reinstatement is available upon:

1. return from an approved Family or Medical Leave within:
   a. the 12-week period required by federal law; or
   b. any longer period required by a similar state law;
2. return from a Military Leave within the period required by federal USERRA law.

To reinstate coverage, the Employee must apply for coverage or be re-enrolled within 31 days after resuming Active Work in an Eligible Class.  The reinstated amount of insurance may not exceed the amount that terminated.  Reinstatement will take effect on the date the Insured Employee returns to Active Work.

If the above conditions are met, then:

1. the months of leave will count towards any unmet Pre-Existing Condition Exclusion period; and
2. a new Pre-Existing Condition Exclusion will not apply to the reinstated amount of insurance.

A new Pre-Existing Condition Exclusion will apply to any increased amount of insurance.

## INDIVIDUAL TERMINATION

**INDIVIDUAL TERMINATION OF COVERAGE.** An Insured Employee's coverage will terminate at 12:00 midnight on the earliest of:

1. the date this Policy or the Employer's participation terminates; (but without prejudice to any claim incurred prior to termination);
2. the date the Insured Employee's Class is no longer eligible for insurance;
3. the date such Insured Employee ceases to be a member of an Eligible Class;
4. the last day of the Insurance Month in which the Insured Employee requests termination;
5. the last day of the last Insurance Month for which premium payment is made on the Insured Employee's behalf;
6. the end of the period for which the last required premium has been paid;
7. with respect to a particular insurance benefit, the date the portion of this Policy providing that benefit terminates;
8. the last day of the Insurance Month in which the Insured Employee's employment with the Employer terminates; unless coverage is continued as provided below; or
9. the date the Insured Employee enters the armed services of any state or country on active duty, except for duty of 30 days or less for training in the Reserves or National Guard. (If the Insured Employee sends proof of military service, the Company will refund any unearned premium.)

**CONTINUATION RIGHTS.** Ceasing Active Work results in termination of the Insured Employee's eligibility for insurance, but coverage may be continued as follows.

1. **Disability.** If an Insured Employee is absent due to Total Disability, or is engaged in Partial Disability Employment, coverage may be continued during:
   a. the Elimination Period; provided the Company receives the required premium from the Employer; and
   b. the period for which benefits are payable, without payment of premium.
   Premium payments will be waived from the satisfaction of the Elimination Period until the end of the period for which benefits are payable. If coverage is to be continued following a period for which premiums were waived, premium payments must be resumed, as they become due.

2. **Family or Medical Leave.** If an Insured Employee goes on an approved Family or Medical Leave, and is **not** entitled to the more favorable continuation available during Disability, coverage may be continued, until the earliest of:
   a. the end of the leave period approved by the Employer;
   b. the end of the 12-week leave period required by federal law, or any more favorable period required by a similar state law;
   c. the date the Insured Employee notifies the Employer that he or she will not return; or
   d. the date the Insured Employee begins employment with another employer.
   The required premium payments must be received from the Employer, throughout the period of continued coverage.

3. **Military Leave.** If an Insured Employee goes on a Military Leave, coverage may be continued for the same period allowed for an approved Family or Medical Leave. The required premium payments must be received from the Employer, throughout the period of continued coverage.

4. **Lay-off or Other Leave.** When an Insured Employee ceases work due to a temporary lay-off, or due to an approved leave of absence (other than an approved Family or Medical Leave or a Military Leave); coverage may be continued for three Insurance Months after the lay-off or leave begins. The required premium payments must be received from the Employer, throughout the period of continued coverage.

GL3001-LTD-10 04

07/01/13

## INDIVIDUAL TERMINATION
### (Continued)

**Conditions.**  In administering the above continuation(s), the Employer must not act so as to discriminate unfairly among Employees in similar situations.  Insurance may not be continued when an Insured Employee ceases Active Work due to a labor dispute, strike, work slowdown or lockout.

**INDIVIDUAL TERMINATION DURING DISABILITY.**  Termination of an Insured Employee's coverage during a Disability will have no effect on benefits payable for that period of Disability.

## POLICY TERMINATION

**POLICY TERMINATION BY THE COMPANY.**  To terminate this Policy, the Company must give the Group Policyholder at least 31 days advance written notice of its intent to do so.  The Company may terminate this Policy on the due date of any premium if:

1. the number of Insured Employees totals less than 10;
2. part of the premium is paid by the Insured Employee and less than 75% of those eligible for coverage are insured (this part 2 will not apply to any voluntary, optional or supplemental insurance provided under this Policy);
3. all of the premium is paid by the Policyholder and less than 100% of those eligible for coverage are insured;
4. the Policyholder, without good cause, fails to:
   a. promptly furnish any information which the Company may reasonably require;
   b. perform its duties pertaining to this Policy in good faith;
5. the Employer ceases to be covered under the state Workers' Compensation program or any other program of like intent.
6. the Company terminates all other policies where permitted by their terms, which provide long-term disability benefits in the same state in which this Policy was issued; or
7. state law otherwise requires this Policy to be terminated.

**POLICY TERMINATION BY THE POLICYHOLDER.**  The Policyholder may terminate this Policy at any time by giving the Company advance written notice.  This Policy will then terminate on:

1. the date the Company receives the notice; or
2. some later date on which the Policyholder and the Company have agreed.

However, termination will not become effective during any period for which premium has been paid to the Company.  The Policyholder remains liable for the payment of premiums to the date of termination.

**AUTOMATIC POLICY TERMINATION.**  If any premium is not paid before the end of the Grace Period; then this Policy will terminate at the end of the Grace Period, without any action on the Company's part.  The Policyholder remains liable for the payment of premiums to the date of termination.

**POLICY TERMINATION DURING DISABILITY.**  Termination of this Policy or an Employer's participation during a Disability shall have no effect on benefits payable to the Insured Employee for that period of Disability.

GL3001-LTD-10 04

07/01/13

## PREMIUMS AND PREMIUM RATES

**PAYMENT OF PREMIUM.**  No coverage provided by this Policy will be in effect until the first premium for such coverage is paid.  For coverage to remain in effect, the Employer must pay each subsequent premium on or before its due date at the Company's Group Insurance Service Office.  The premium must be paid in U.S. dollars.

**PREMIUM RATES.**  The initial premium rates for this Policy are shown on the Face Page of this Policy. Premium rates are subject to change.

**PREMIUM RATE CHANGE.**  The Company may change any premium rate on any of the following dates:
1.  the date this Policy's terms are changed;
2.  the date the Company's liability is changed due to a change in federal, state, or local law;
3.  the date the Company's liability is changed because the Policyholder (or any covered division, subsidiary or affiliated company):
    a.  relocates, dissolves or merges, or is added to or removed from this Policy; or
    b.  ceases to be covered by the state Workers' Compensation program or any other program of like intent; or
    c.  ceases to provide or reduces Sick Leave or Salary Continuance Plan benefits;
4.  the date any coverage for one or more classes ceases to be provided under this Policy;
5.  the date the number of Insured Employees changes by 25% or more from the enrollment on the date this Policy took effect, or the most recent Rate Guarantee Date expired, if later;
6.  on any premium due date on or after this Policy's first anniversary, or any later rate guarantee date agreed upon by the Company.

Unless the Company and the Policyholder agree otherwise, the Company will give at least 60 days' advance written notice of any increase in premium rates.

**MONTHLY PREMIUM AMOUNT.**  The amount of monthly premium due on each due date will be the Total Covered Payroll multiplied by the premium rate.  Changes will not be pro-rated daily.  Instead, premium will be adjusted as follows.
1.  When an Insured Employee's insurance (or increased amount of insurance) takes effect, premium will be charged from the monthly due date coinciding with or next following that change.
2.  When all or part of an Insured Employee's insurance terminates, the applicable premium will cease on the monthly due date coinciding with or next following that termination.
3.  When premiums are paid other than monthly, increases or decreases will result in an adjustment from the premium due date coinciding with or next following that change.

The above manner of charging premium is for accounting purposes only.  It will not extend insurance coverage beyond a date it would have otherwise terminated.

Each premium payment will include any adjustments in past premiums, which are needed due to changes that have not yet been taken into account.  If a premium adjustment involves a return of unearned premium, the amount of the return will be limited to the prior 12-month period.

**GRACE PERIOD.**  A Grace Period of 31 days from the due date will be allowed for the payment of each premium after the first.  This Policy will remain in effect during the Grace Period.  The Policyholder will be liable to the Company for the payment of all premiums due for the period this Policy remains in effect, however.

**WAIVER OF PREMIUM.**  Premium will be administered as follows during any period for which benefits are payable.
1.  Premium payments are waived for an Insured Employee who is Disabled:
    a.  from the first premium due date following the satisfaction of the Elimination Period;
    b.  until the end of any period for which benefits are payable.
2.  If coverage is to be continued following a period during which premiums were waived, premium payments must be resumed as they become due.

GL3001-LTD-11 04

07/01/13

## TOTAL DISABILITY MONTHLY BENEFIT

**BENEFIT.**  The Company will pay a Total Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period; if he or she:
1. is Totally Disabled;
2. is under the regular care of a Physician; and
3. at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.

The Total Disability Monthly Benefit will cease on the earliest of:
1. the date the Insured Employee ceases to be Totally Disabled or dies;
2. the date the Maximum Benefit Period ends;
3. the date the Insured Employee is able, but chooses not to engage in Partial Disability Employment:
   a. in his or her regular occupation, during the Own Occupation Period; or
   b. in any Gainful Occupation, after the Own Occupation Period;
4. the date the Insured Employee fails to take a required medical exam, without good cause;
5. the 60th day after the Company mails a request for additional proof, if not given; or
6. the date the Insured Employee refuses to participate in good faith in a vocational rehabilitation program approved by the Company, without good cause; if this Policy includes a Mandatory Vocational Rehabilitation Benefit provision.

**AMOUNT.**  The amount of the Total Disability Monthly Benefit equals:
1. the Insured Employee's Basic Monthly Earnings multiplied by the Benefit Percentage (limited to the Maximum Monthly Benefit); minus
2. Other Income Benefits.

The amount of the Total Disability Monthly Benefit will not be less than the Minimum Monthly Benefit.  The Benefit Percentage, Maximum Monthly Benefit, Minimum Monthly Benefit and Maximum Benefit Period are shown in the Schedule of Benefits.

## DEFINITIONS

**"Gainful Occupation"** means any occupation in which the Insured Employee:
1. is or could reasonably become qualified, considering his or her education, training, experience, mental and physical abilities;
2. could reasonably find employment, considering the demand in the national labor force; and
3. could earn (or reasonably expect to earn) a before-tax income at least equal to 60% of his or her Predisability Income, within 12 months of returning to work.

**"Total Disability" or "Totally Disabled"** will be defined as follows.
1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the main duties of his or her regular occupation.
2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the main duties of any Gainful Occupation.

The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

## PARTIAL DISABILITY MONTHLY BENEFIT

**BENEFIT.** The Company will pay a Partial Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period; if he or she:

1. is Disabled;
2. is engaged in Partial Disability Employment;
3. is earning at least 20% of Predisability Income when Partial Disability Employment begins;
4. is under the regular care of a Physician; and
5. at his or her own expense, submits proof of continued Partial Disability, Physician's care and reduced earnings to the Company upon request.

The Insured Employee does not have to be Totally Disabled prior to receiving Partial Disability Monthly Benefits. The Elimination Period may be satisfied by days of Total Disability, Partial Disability or any combination thereof.

The Partial Disability Monthly Benefit will cease on the earliest of:

1. the date the Insured Employee ceases to be Partially Disabled or dies;
2. the date the Maximum Benefit Period ends;
3. the date the Insured Employee earns more than:
   a. 99% of Predisability Income, until Partial Disability Monthly Benefits have been paid for 24 months for the same period of Disability; or
   b. 60% of Predisability Income, after Partial Disability Monthly Benefits have been paid for 24 months for the same period of Disability;*
4. the date the Insured Employee is able, but chooses not to work full-time:
   a. in his or her regular occupation, during the Own Occupation Period; or
   b. in any Gainful Occupation, after the Own Occupation Period;
5. the date the Insured Employee fails to take a required medical exam, without good cause;
6. the 60th day after the Company mails a request for additional proof, if not given; or
7. the date the Insured Employee refuses to participate in good faith in a vocational rehabilitation program approved by the Company, without good cause; if this Policy includes a Mandatory Vocational Rehabilitation Benefit provision.

*If the Insured Employee's earnings from Partial Disability Employment fluctuate, the Company has the option to average the most recent three months' earnings and continue the claim; provided that average does not exceed the percentage of Predisability Income allowed above. A Monthly Benefit will not be payable for any month during which earnings exceeded that percentage, however.

**DEFINITIONS. "Gainful Occupation"** will be defined as shown in the Total Disability Monthly Benefit section.

**"Full-Time"** means the average number of hours the Insured Employee was regularly scheduled to work, at his or her regular occupation, during the month just prior to:

1. the date the Elimination Period begins; or
2. the date an approved leave of absence begins, if the Elimination Period begins while the Insured Employee is continuing coverage during a leave of absence.

In no event will it exceed 40 hours per week.

**"Partially Disabled"** or **"Partial Disability"** will be defined as follows.

1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee:
   a. is unable to perform one or more of the main duties of his or her regular occupation, or is unable to perform such duties full-time; and
   b. is engaged in Partial Disability Employment.
2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee:
   a. is unable to perform one or more of the main duties of any Gainful Occupation, or is unable to perform such duties full-time; and
   b. is engaged in Partial Disability Employment.

## PARTIAL DISABILITY MONTHLY BENEFIT
### (Continued)

BENEFIT AMOUNT.  The Partial Disability Monthly Benefit will replace the Insured Employee's Lost Earning Capacity; provided it does not exceed the Total Disability Monthly Benefit, which would otherwise be payable during Total Disability without the Partial Disability Employment.

Thus, the amount of the Partial Disability Monthly Benefit will equal the lesser of A or B below.

A.   LOST EARNING CAPACITY:  The Insured Employee's Predisability Income, minus all Other Income Benefits (including earnings and potential earnings from Partial Disability Employment).

B.   TOTAL DISABILITY MONTHLY BENEFIT otherwise payable:
1.   The Insured Employee's Predisability Income multiplied by the Benefit Percentage (limited to the Maximum Monthly Benefit); minus
2.   Other Income Benefits, except for earnings and potential earnings from Partial Disability Employment.

The Partial Disability Monthly Benefit will never be less than the Minimum Monthly Benefit.  The Benefit Percentage, Maximum Monthly Benefit, Minimum Monthly Benefit, and Maximum Benefit Period are shown in the Schedule of Benefits.

FULL EARNING CAPACITY.  Potential earnings from Partial Disability Employment will be estimated by the Company, when the Insured Employee is able to increase his or her earnings:
1.   during the Own Occupation Period, by increasing the number of hours worked or duties performed in his or her regular occupation, but chooses not to do so; or
2.   after the Own Occupation Period, by increasing the number of hours worked or duties performed in any Gainful Occupation; but chooses not to do so.

Such potential earnings will reduce the Partial Disability Monthly Benefit amount payable, while the Insured Employee is not working to his or her full earning capacity.  Gainful Occupation will be defined as shown in the Total Disability Monthly Benefit section.

Progressive Calculation, Full Capacity

For Classes 1, 2, 3

GL3001-LTD-13.6

22

07/01/13

## OTHER INCOME BENEFITS

OTHER INCOME BENEFITS means those benefits shown below:

1. Any temporary or permanent benefits or awards for which the Insured Employee is eligible under:
   (a)  Worker's or Workmen's Compensation Law;
   (b)  occupational disease law; or
   (c)  any other act or law of like intent.
2. Any disability income benefits for which the Insured Employee is eligible under any compulsory benefit act or law.
3. Any disability income benefits for which the Insured Employee is eligible under:
   (a)  any other group plan, sick leave or salary continuance plan of the Employer; or
   (b)  any governmental retirement system as a result of the Insured Employee's job with the Employer; or
   (c)  any automobile liability insurance policy.
4. Any Disability Benefits or Retirement Benefits the Insured Employee receives under a Retirement Plan.
5. Benefits under the United States Social Security Act, the Canada Pension Plan, the Quebec Pension Plan or any similar plan or act as follows:
   (a)  disability or unreduced retirement benefits for which the Insured Employee and any spouse or child is eligible, because of the Insured Employee's Disability or eligibility for unreduced retirement benefits; or
   (b)  reduced retirement benefits received by the Insured Employee and any spouse or child because of the Insured Employee's receipt of reduced retirement benefits.
6. Earnings the Insured Employee earns or receives from any form of employment.

These Other Income Benefits, except Retirement Benefits, are benefits resulting from the same Disability for which a Monthly Benefit is payable under this Policy.

An Insured Employee who may be entitled to some Other Income Benefit is required to actively pursue it; if he or she does not, Policy benefits may be denied or suspended.

COST-OF-LIVING FREEZE.  After the first deduction for each of the Other Income Benefits, the Monthly Benefit will not be further reduced due to any cost-of-living increases payable under these Other Income Benefits.

LUMP SUM PAYMENTS.  Other Income Benefits which are paid in a lump sum will be prorated on a monthly basis over the time period for which the sum is given.  If no time period is stated, the sum will be prorated on a monthly basis over the time the Company expects the Insured Employee to live.

ESTIMATED PAYMENTS.  When the Insured Employee may qualify for certain Other Income Benefits, the Company may estimate the amount of such benefits.  The Company may reduce the Insured Employee's Monthly Benefits by such estimated amounts, which:

1. have not yet been awarded or denied; or
2. have been denied, if the denial is being appealed.

If an Insured Employee's Monthly Benefits have been reduced by an estimated amount; then such payments will be adjusted when the Company receives proof:

1. of the amount actually awarded; or
2. that benefits have been denied, and that any appeal the Company deems necessary has been completed.  (In that event, a lump sum will be refunded to the Insured Employee.)

## RECURRENT DISABILITY

"Recurrent Disability" means a Disability due to an Injury or Sickness which is the same as, or related to, the cause of a prior Disability for which Monthly Benefits were payable.  A Recurrent Disability will be treated as follows.

1.  A Recurrent Disability will be treated as a new period of Disability, and a new Elimination Period must be completed before further Monthly Benefits are payable; if the Insured Employee returns to his or her regular occupation on a full-time basis for six months or more.

2.  A Recurrent Disability will be treated as part of the prior Disability, if an Insured Employee returns to his or her regular occupation on a full-time basis for less than six months.

To qualify for a Monthly Benefit, the Insured Employee must earn less than the percentage of Predisability Income specified in the Partial Disability Monthly Benefit section.  Monthly Benefit payments will be subject to all other terms of this Policy for the prior Disability.

If an Insured Employee becomes eligible for coverage under any other group Long Term Disability policy, this Recurrent Disability provision will cease to apply to that Insured Employee.

GL3001-LTD-15 98

07/01/13

# EXCLUSIONS

**GENERAL EXCLUSIONS.**  This Policy will not cover any period of Total or Partial Disability:
1. due to war, declared or undeclared, or any act of war;
2. due to intentionally self-inflicted injuries;
3. due to active participation in a riot;
4. due to the Insured Employee's committing of or the attempting to commit a felony or any type of assault or battery;
5. during which the Insured Employee is incarcerated for the commission of a felony;
6. during which the Insured Employee is not under the Regular Care of a Physician; or
7. during which the Insured Employee is not participating in good faith in a vocational rehabilitation program approved by the Company, without good cause; if this Policy includes a Mandatory Vocational Rehabilitation Benefit provision.

**PRE-EXISTING CONDITION EXCLUSION.**  This Policy will not cover any Total or Partial Disability:
1. which is caused or contributed to by, or results from a Pre-Existing Condition; and
2. which begins in the first 12 months after the Insured Employee's Effective Date.

"Pre-Existing Condition" means a Sickness or Injury for which the Insured Employee received treatment within 3 months prior to the Insured Employee's Effective Date.

"Treatment" means consultation, care or services provided by a Physician.  It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines.

## SPECIFIED INJURIES OR SICKNESSES LIMITATION

**LIMITATION.**  If an Insured Employee is Disabled primarily due to one or more of the Specified Injuries or Sicknesses defined below; then Partial or Total Disability Monthly Benefits:
1.　will be payable subject to the terms of this Policy; but
2.　will be limited to 24 months for any one period of Disability; unless the Insured Employee is confined to a Hospital.

"Specified Injuries or Sicknesses" include any Chronic Fatigue Sickness, Environmental Sickness, Mental Sickness, Musculoskeletal/Connective Tissue Injury or Sickness, or Substance Abuse, as defined below.

**CONDITIONS**
1.　If the Insured Employee is confined in a Hospital at the end of the 24th month for which Policy benefits are paid for the Specified Injury or Sickness; then benefits will be payable until he or she is discharged from that facility.
2.　In no event will the Monthly Benefit be paid beyond the Maximum Benefit Period shown in the Schedule of Insurance, however.

**DEFINITIONS**

**"Chronic Fatigue Sickness"** means a sickness that is characterized by a debilitating fatigue, in the absence of other known medical or psychological conditions.  It includes, but is not limited to:
1.　chronic fatigue syndrome or chronic fatigue immunodeficiency syndrome;
2.　an Epstein-Barr or herpes 6 viral infection, or post viral syndrome; and
3.　limbic encephalopathy or myalgic encephalomyelitis.
It does **not** include depression or any neoplastic, neurologic, endocrine, hematologic or rheumatologic disorder.

**"Environmental Sickness"** means an allergy or sensitivity to chemicals or the environment.  It includes, but is not limited to:
1.　environmental allergies;
2.　sick building syndrome;
3　multiple chemical sensitivity syndrome; and
4.　chronic toxic encephalopathy.
It does **not** include asthma or allergy-induced reactive lung disease.

**"Hospital,"** as used in this provision, means:
1.　a general hospital which:
　　a.　is licensed, approved or certified by the state where it is located;
　　b.　is recognized by the Joint Commission on the Accreditation of Hospitals; or
　　c.　is operated to treat resident inpatients; has a registered nurse always on duty; and has a lab, x-ray facility and place where major surgery is performed; and
2.　a skilled nursing care facility or unit, which provides convalescent or nursing care; and which is recognized as a skilled nursing care facility under Medicare.
The term Hospital also includes:
1.　a Mental Hospital when treatment is for a Mental Sickness; and
2.　a Treatment Center when treatment is for Substance Abuse.

**"Mental Hospital"** means a health care facility (or its psychiatric unit) which:
1.　is licensed, certified or approved as a mental hospital by the state where it is located;
2.　is equipped to treat resident inpatients' mental diseases or disorders; and
3.　has a resident psychiatrist on duty or on call at all times.

GL3001-LTD-17 98　　　　　　　　　　　　　　　　　　　　　　　　　　　Specified Limit.

07/01/13

**"Mental Sickness"** means any emotional, behavioral, psychological, personality, adjustment, mood or stress-related abnormality, disorder, disturbance, dysfunction or syndrome; regardless of its cause.  It includes, but is not limited to:
1.    schizophrenia or schizoaffective disorder;
2.    bipolar affective disorder, manic depression, or other psychosis; and
3.    obsessive-compulsive, depressive, panic or anxiety disorders.
These conditions are usually treated by a psychiatrist, a clinical psychologist or other qualified mental health care provider.   Treatment usually involves psychotherapy, psychotropic drugs or similar methods of treatment.

Mental Sickness does not include irreversible dementia resulting from:
1.    stroke, trauma, viral infection, Alzheimer's disease; or
2.    other conditions which are not usually treated by a mental health care provider using psychotherapy, psychotropic drugs, or similar methods of treatment.

**"Musculoskeletal/Connective Tissue Injury or Sickness"** includes, but is not limited to:
1.    scoliosis that does not require surgery;
2.    any other disease or disorder of the cervical, thoracic or lumbosacral back and surrounding soft tissue; unless documented by x-ray, electromyogram, computerized tomography or magnetic resonance imaging;
3.    sprains or strains of the muscles, joints and adjacent tissues;
4.    fibromyalgia, carpal tunnel syndrome, or repetitive motion syndrome; and
5.    myofascial pain, or any craniomandibular or temporomandibular joint disorder (TMJ).

It does **not** include:
1.    scoliosis that requires surgery, or spondylolisthesis of grade II or higher;
2.    radiculopathies or herniated discs that are documented by x-ray, electromyogram, computerized tomography or magnetic resonance imaging;
3.    tumors, malignancies, vascular malformations, or osteopathies;
4.    myelopathies, myelitis, or demyelinating disease; or
5.    lupus, or rheumatoid or psoriatic arthritis.

**"Substance Abuse"** means alcoholism, drug abuse, or chemical dependency of any type.

**"Treatment Center"** means a health care facility (or its medical or psychiatric unit) which:
1.    is licensed, certified or approved by the state where it is located;
2.    has a program for inpatient treatment of substance abuse; and
3.    provides such treatment based upon a written plan approved and supervised by a Physician.

GL3001-LTD-17 98

27

Specified Limit.
07/01/13

## MANDATORY VOCATIONAL REHABILITATION BENEFIT PROVISION

**BENEFIT.** If an Insured Employee is Disabled and is receiving Policy benefits; then he or she may be eligible for a Vocational Rehabilitation Benefit. This Benefit consists of services which may include:

1. vocational evaluation, counseling, training or job placement;
2. job modification or special equipment; and
3. other services which the Company deems reasonably necessary to help the Insured Employee return to work.

The Company will determine the Insured Employee's eligibility and the amount of any Benefit payable.

**ELIGIBILITY.** An Insured Employee may be eligible for this Benefit, if the Company finds that he or she:

1. has a Disability that prevents the performance of his or her regular occupation; and, after the Own Occupation Period, also lacks the skills, training or experience needed to perform any other Gainful Occupation;
2. has the physical and mental abilities needed to complete a Program; and
3. is reasonably expected to return to work after completing the Program; in view of the labor force demand for workers in the proposed occupation.

The Company must also find that the cost of the proposed services is less than its expected claim liability.

**AMOUNT.** The amount of any Vocational Rehabilitation Benefit will not exceed the Company's expected claims liability. This benefit will not be payable for services covered under the Insured Employee's health care plan or any other vocational rehabilitation program. Payment may be made to the provider of the services, at the Company's option.

**CONDITIONS.** Either the Company, the Insured Employee, or his or her Physician may first propose vocational rehabilitation. When a Program is approved by the Company, this Policy's definition of "Disability" will be waived during the rehabilitation period; but it will be reapplied after the Program ends. The Company will determine the amount and duration of any Long Term Disability benefits payable after the Program ends.

**LIMITATIONS.** This Policy will not cover any period of Disability:

1. for an Insured Employee who, without good cause, refuses to take part in good faith in a Program designed to return the person to work:
   a. in his or her regular occupation, during the Own Occupation Period; or
   b. in any Gainful Occupation after the Own Occupation Period; or
2. for an Insured Employee who has received a Vocational Rehabilitation Benefit and has failed to complete the Program, without Good Cause.

**DEFINITIONS**

**"Gainful Occupation"** means any occupation in which the Insured Employee:

1. is or could reasonably become qualified, considering his or her education, training, experience, and mental and physical abilities;
2. could reasonably find employment, considering the demand in the national labor force; and
3. could earn (or reasonably expect to earn) a before-tax income at least equal to 60% of his or her Predisability Income, within 12 months of returning to work.

**"Good Cause"**, as used in this provision, means the Insured Employee's:

1. documented physical or mental impairments, which render the Insured Employee unable to take part in or complete a Program;
2. involvement in a medical program, which prevents or interferes with the Insured Employee's taking part in or completing a Program; or
3. participating in good faith in some other vocational rehabilitation program, which:
   a. conflicts with taking part in or completing a Program developed by the Company; and
   b. is reasonably expected to return the Insured Employee to work.

**"Program"** means a written vocational rehabilitation program:

1. which the Company develops with input from the Insured Employee; his or her Physician; and any current or prospective employer, when appropriate; and
2. which describes the Program's goals; each party's responsibilities; and the times, dates and costs of the rehabilitation services.

# REASONABLE ACCOMMODATION BENEFIT

If an Insured Employee of the Employer is Disabled, and is receiving Policy benefits; then the Employer may be eligible for a Reasonable Accommodation Benefit. This Benefit reimburses the Employer for 50% of the expense incurred for reasonable accommodation services for the Insured Employee; but will not exceed:
1. a maximum benefit of $5,000 for any one Insured Employee; or
2. the Company's expected liability for the Insured Employee's Long Term Disability claim (whichever is less).

Such services may include:
1. providing the Insured Employee a more accessible parking space or entrance;
2. removing barriers or hazards to the Insured Employee from the worksite;
3. special seating, furniture or equipment for the Insured Employee's work station;
4. providing special training materials or translation services during the Insured Employee's training; and
5. other services the Company deems reasonably necessary to help the Insured Employee return to work with the Employer.

**ELIGIBILITY FOR BENEFIT.** The Company will determine the Employer's eligibility to receive the Benefit. To qualify for the Benefit, the Employer must have an Insured Employee:
a. whose Disability prevents the performance of his or her regular occupation at the Employer's worksite;
b. who has the physical and mental abilities needed to perform his or her own or another occupation at the Employer's worksite; but only with the help of the proposed accommodation; and
c. who is reasonably expected to return to work with the help of the proposed accommodation.
The Company must also find that the requested Reasonable Accommodation Benefit is less than the expected liability for the Insured Employee's Long Term Disability claim.

**WRITTEN PROPOSAL.** The reasonable accommodation services must be provided in accord with a written proposal, which is developed with input from:
1. the Employer;
2. the Insured Employee; and
3. his or her Physician, when appropriate.
The proposal must state the purpose of the proposed accommodation; and the times, dates and costs of the services.

**CONDITIONS.** Either the Company, the Employer, the Insured Employee, or his or her Physician may first propose an accommodation.

The proposal must be approved by the Company in writing.

The Company will then reimburse the Employer, upon receipt of proof that the Employer:
1. has provided the services for the Insured Employee; and
2. has paid the provider for the services.

GL3001-LTD-17.3

07/01/13

### PRIOR INSURANCE CREDIT UPON TRANSFER OF INSURANCE CARRIERS

To prevent loss of coverage for an Employee because of a transfer of insurance carriers, this Policy will provide Prior Insurance Credit for employees insured under the prior carrier's policy on its termination date as follows.

**FAILURE TO BE ACTIVELY-AT-WORK DUE TO INJURY OR SICKNESS.**   Subject to premium payments, this Policy will provide coverage to an Employee:
1.  who was insured by the prior carrier's policy at the time of transfer; and
2.  who was not Actively-At-Work due to Injury or Sickness on this Policy's Effective Date.

The coverage will be that provided by the prior carrier's policy, had it remained in force.  The Company will pay:
1.  the benefit that the prior carrier would have paid; minus
2.  any amount for which the prior carrier is liable.

**DISABILITY DUE TO A PRE-EXISTING CONDITION.**  Benefits may be payable for a Total Disability due to a Pre-Existing Condition for an Employee who:
1.  was insured by the prior carrier's policy at the time of transfer; and
2.  was Actively-At-Work and insured under this Policy on this Policy's Effective Date.

The benefits will be determined as follows:
1.  The Company will apply this Policy's Pre-Existing Condition Exclusion.  If the Insured Employee qualifies for benefits, such Insured Employee will be paid according to this Policy's benefit schedule.
2.  If the Insured Employee cannot satisfy this Policy's Pre-Existing Condition Exclusion, but can satisfy the prior carrier's pre-existing condition exclusion giving consideration towards continuous time insured under both policies; then he or she will be paid in accord with the benefit schedule and all other terms, conditions and limitations of:
    a.   this Policy without applying the Pre-Existing Condition Exclusion; or
    b.   the prior carrier's policy;
    whichever is less.
3.  If the Insured Employee cannot satisfy the Pre-Existing Condition Exclusion of this Policy or that of the prior carrier, no benefit will be paid.

Prior Insurance Credit

## FAMILY INCOME BENEFIT

The Company will pay a lump sum benefit to the Eligible Survivor when proof is received that an Insured Employee died:
1. after Disability had continued for 180 or more consecutive days; and
2. while receiving a Monthly Benefit.

The benefit will be equal to three times the Insured Employee's Last Monthly Benefit.

"Last Monthly Benefit" means the gross Monthly Benefit payable to the Insured Employee immediately prior to death. Any reductions for Other Income Benefits, or for earnings the Insured Employee received for Partial Disability Employment, will not apply.

"Eligible Survivor" means the Insured Employee's:
1. surviving spouse; or, if none
2. surviving children who are under age 26 on the Insured Employee's date of death.

If payment becomes due to the Insured Employee's children; then payment will be made to:
1. the surviving children, in equal shares; or
2. a person named by the Company to receive payments on the children's behalf.

This payment will be valid and effective against all claims by others representing, or claiming to represent, the children.

If there are no Eligible Survivors, payment will be made to the Insured Employee's estate.

Three Month Survivor Benefit

GL3001-LTD-19 94 TX

31

07/01/13

## TOLL-FREE TELEPHONE NUMBERS FOR INFORMATION AND COMPLAINTS

| IMPORTANT NOTICE | AVISO IMPORTANTE |
|---|---|

To obtain information or make a complaint: You may call The Lincoln National Life Insurance Company's toll-free telephone number for information or to make a complaint at 1-800-423-2765.

You may also write to The Lincoln National Life Insurance Company at:
8801 Indian Hills Drive
Omaha, Nebraska 68114-4066

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at 1-800-252-3439.

You may write the Texas Department of Insurance
P.O. Box #149104
Austin, TX  78714-9104
FAX # (512) 475-1771

Web:  http://www.tdi.state.tx.us

E-mail:  ConsumerProtection@tdi.state.tx.us

**PREMIUM OR CLAIM DISPUTES:**  Should you have a dispute concerning your premium or about a claim, you should contact the Company first.   If the dispute is not resolved, you may contact the Texas Department of Insurance.

**ATTACH THIS NOTICE TO YOUR POLICY:** This notice is for information only and does not become a part or condition of the attached document.

Para obtener informacion o para someter una queja:  Usted puede llamar al numero de telefono gratis de The Lincoln National Life Insurance Company para informacion o para someter una queja al 1-800-423-2765.

Usted tambien puede escribir a The Lincoln National Life Insurance Company:
8801 Indian Hills Drive
Omaha, Nebraska 68114-4066

Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias, coberturas, derechos o quejas al 1-800-252-3439.

Puede escribir al Departamento de Seguros de Texas
P.O. Box #149104
Austin, TX  78714-9104
FAX # (512) 475-1771

Web:  http://www.tdi.state.tx.us

E-mail:  ConsumerProtection@tdi.state.tx.us

**DISPUTAS SOBRE PRIMAS O RECLAMOS:** Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con la compania primero.   Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).

**UNA ESTE AVISO A SU POLIZA:**  Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto.

TX NOTICE-POL.

REV. 05/07
07/01/13

## IMPORTANT INFORMATION ABOUT COVERAGE UNDER THE
## TEXAS LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION
### (For insurers declared insolvent or impaired on or after September 1, 2011)

Texas law establishes a system to protect Texas policyholders if their life or health insurance company fails. The Texas Life and Health Insurance Guaranty Association (the "Association") administers this protection system.  Only the policyholders of insurance companies that are members of the Association are eligible for this protection which is subject to the terms, limitations, and conditions of the Association law.  (The law is found in the *Texas Insurance Code*, Chapter 463.)

**It is possible that the Association may not protect all or part of your policy because of statutory limitations.**

### Eligibility for Protection by the Association

When a member insurance company is found to be insolvent and placed under an order of liquidation by a court or designated as impaired by the Texas Commissioner of Insurance, the Association provides coverage to policyholders who are:
- Residents of Texas **(regardless of where the policyholder lived when the policy was issued);**
- Residents of other states, ONLY if the following conditions are met:
  - (1)  The policyholder has a policy with a company domiciled in Texas;
  - (2)  The policyholder's state of residence has a similar guaranty association; and
  - (3)  The policyholder is *not eligible* for coverage by the guaranty association of the policyholder's state of residence.

### Limits of Protection by the Association

**Accident, Accident and Health, or Health Insurance:**
- For each individual covered under one or more policies:  up to a total of $500,000 for basic hospital, medical-surgical, and major medical insurance, $300,000 for disability or long term care insurance, or $200,000 for other types of health insurance.

**Life Insurance:**
- Net cash surrender value or net cash withdrawal value up to a total of $100,000 under one or more policies on a single life; or
- Death benefits up to a total of $300,000 under one or more policies on a single life; or
- Total benefits up to a total of $5,000,000 to any owner of multiple non-group life policies.

**Individual Annuities:**
- Present value of benefits up to a total of $250,000 under one or more contracts on any one life.

**Group Annuities:**
- Present value of allocated benefits up to a total of $250,000 on any one life; or
- Present value of unallocated benefits up to a total of $5,000,000 for one contractholder regardless of the number of contracts.

**Aggregate Limit:**
- $300,000 on any one life with the exception of the $500,000 health insurance limit, the $5,000,000 multiple owner life insurance limit, and the $5,000,000 unallocated group annuity limit.

These limits are applied for each insolvent insurance company.

**Insurance companies and agents are prohibited by law from using the existence of the Association for the purpose of sales, solicitation, or inducement to purchase any form of insurance.  When you are selecting an insurance company, you should not rely on Association coverage.  For additional questions on Association protection or general information about an insurance company, please use the following contact information.**

Texas Life and Health Insurance
Guaranty Association
515 Congress Avenue, Suite 1875
Austin, Texas  78701
800-982-6362 or www.txlifega.org

Texas Department of Insurance
P.O. Box 149104
Austin, Texas  78714-9104
800-252-3439 or www.tdi.state.tx.us

GAN-GRP-TX NOTICE-P/C

09/11
07/01/13

# The Lincoln National Life Insurance Company

A Stock Company     Home Office Location: Fort Wayne, Indiana
Group Insurance Service Office:  8801 Indian Hills Drive, Omaha, NE 68114-4066 (402) 361-7300

CERTIFIES THAT Group Policy No.          000860059929          has been issued to

Memorial Hermann Health System
(The Group Policyholder)

The Issue Date of the Policy is March 1, 2004.

Certificate of Insurance for Class 2

{INSURED}

**{Schedule of Insurance}**
**{Coverage}**
{BENEFIT_1}
{BENEFIT_2}
{BENEFIT_3}

You are entitled to the benefits described in this Certificate only if you are eligible, become and remain insured under the provisions of the Policy.  This Certificate replaces any other certificates for the benefits described inside.  As a Certificate of Insurance, it is not a contract of insurance; it only summarizes the provisions of the Policy and is subject to the Policy's terms.  If the provisions of this Certificate and the Policy do not agree, the provisions of the Policy will apply.

President

## WORKERS' COMPENSATION NOTICE

**THE INSURANCE POLICY UNDER WHICH THIS CERTIFICATE IS ISSUED IS NOT A POLICY OF WORKERS' COMPENSATION INSURANCE.  YOU SHOULD CONSULT YOUR EMPLOYER TO DETERMINE WHETHER YOUR EMPLOYER IS A SUBSCRIBER TO THE WORKERS' COMPENSATION SYSTEM.**

## CERTIFICATE OF GROUP LONG TERM DISABILITY INSURANCE

GL3002-LTD-CERT 10 TX

{LFGLOGO}          {USER}          {CERT_ID}

Face Page
07/01/13

Memorial Hermann Health System
000860059929

## SCHEDULE OF BENEFITS

**ELIGIBLE CLASS** means:  Class 2    All Other Full-Time Employees

**MINIMUM HOURS BI-WEEKLY:** 70

## LONG-TERM DISABILITY BENEFITS

**WAITING PERIOD:**    None  (For date insurance begins, refer to "Effective Dates" section)

**BENEFIT PERCENTAGE:**   50% if Core Benefit only is elected; or 60% if Buy-Up Benefit is elected

**MAXIMUM MONTHLY BENEFIT:**   $10,000

**MINIMUM MONTHLY BENEFIT:**    $100 or 10% of the Insured Employee's Monthly Benefit, whichever is greater

Long-Term Disability Benefits for **PRE-EXISTING CONDITIONS** will be subject to the Pre-Existing Condition Exclusion on the Exclusion page.

**ELIMINATION PERIOD:**  180 calendar days of Disability caused by the same or a related Sickness or Injury, which must be accumulated within a 360 calendar day period.

**MAXIMUM BENEFIT PERIOD:** (For Sickness, Injury or Pre-Existing Condition):   The Insured Employee's Social Security Normal Retirement Age, or the Maximum Benefit Period shown below (whichever is later).

| Age at Disability | Maximum Benefit Period |
|---|---|
| Less than Age 60 | To Age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 and Over | 12 months |

**OWN OCCUPATION PERIOD** means a period beginning at the end of the Elimination Period and ending 24 months later for Insured Employees.

**EVIDENCE OF INSURABILITY** will be provided at the Company's expense.

**Initial Enrollment Period** means a 30-calendar day period following the date you becomes eligible for coverage.  During this period, coverage may be elected without Evidence of Insurability.

GL3002-CERT-SB

07/01/13

# TOLL-FREE TELEPHONE NUMBERS FOR INFORMATION AND COMPLAINTS

## IMPORTANT NOTICE

To obtain information or make a complaint: You may call The Lincoln National Life Insurance Company's toll-free telephone number for information or to make a complaint at 1-800-423-2765.

You may also write to The Lincoln National Life Insurance Company at:
8801 Indian Hills Drive
Omaha, Nebraska 68114-4066

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at 1-800-252-3439.

You may write the Texas Department of Insurance
P.O. Box #149104
Austin, TX  78714-9104
FAX # (512) 475-1771

Web:  http://www.tdi.state.tx.us

E-mail:  ConsumerProtection@tdi.state.tx.us

**PREMIUM OR CLAIM DISPUTES:**  Should you have a dispute concerning your premium or about a claim, you should contact the Company first.   If the dispute is not resolved, you may contact the Texas Department of Insurance.

**ATTACH THIS NOTICE TO YOUR POLICY:** This notice is for information only and does not become a part or condition of the attached document.

## AVISO IMPORTANTE

Para obtener informacion o para someter una queja:  Usted puede llamar al numero de telefono gratis de The Lincoln National Life Insurance Company para informacion o para someter una queja al 1-800-423-2765.

Usted tambien puede escribir a The Lincoln National Life Insurance Company:
8801 Indian Hills Drive
Omaha, Nebraska 68114-4066

Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias, coberturas, derechos o quejas al 1-800-252-3439.

Puede escribir al Departamento de Seguros de Texas
P.O. Box #149104
Austin, TX  78714-9104
FAX # (512) 475-1771

Web:  http://www.tdi.state.tx.us

E-mail:  ConsumerProtection@tdi.state.tx.us

**DISPUTAS SOBRE PRIMAS O RECLAMOS:** Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con el la compania primero.   Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).

**UNA ESTE AVISO A SU POLIZA:**  Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto.

TX NOTICE-CERT.

REV. 05/07
07/01/13

**IMPORTANT INFORMATION ABOUT COVERAGE UNDER THE**
**TEXAS LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION**
**(For insurers declared insolvent or impaired on or after September 1, 2011)**

Texas law establishes a system to protect Texas policyholders if their life or health insurance company fails. The Texas Life and Health Insurance Guaranty Association (the "Association") administers this protection system.  Only the policyholders of insurance companies that are members of the Association are eligible for this protection which is subject to the terms, limitations, and conditions of the Association law.  (The law is found in the *Texas Insurance Code*, Chapter 463.)

**It is possible that the Association may not protect all or part of your policy because of statutory limitations.**

### Eligibility for Protection by the Association

When a member insurance company is found to be insolvent and placed under an order of liquidation by a court or designated as impaired by the Texas Commissioner of Insurance, the Association provides coverage to policyholders who are:
- Residents of Texas **(regardless of where the policyholder lived when the policy was issued)**;
- Residents of other states, ONLY if the following conditions are met:
  (1)  The policyholder has a policy with a company domiciled in Texas;
  (2)  The policyholder's state of residence has a similar guaranty association; and
  (3)  The policyholder is *not eligible* for coverage by the guaranty association of the policyholder's state of residence.

### Limits of Protection by the Association

**Accident, Accident and Health, or Health Insurance:**
- For each individual covered under one or more policies:  up to a total of $500,000 for basic hospital, medical-surgical, and major medical insurance, $300,000 for disability or long term care insurance, or $200,000 for other types of health insurance.

**Life Insurance:**
- Net cash surrender value or net cash withdrawal value up to a total of $100,000 under one or more policies on a single life; or
- Death benefits up to a total of $300,000 under one or more policies on a single life; or
- Total benefits up to a total of $5,000,000 to any owner of multiple non-group life policies.

**Individual Annuities:**
- Present value of benefits up to a total of $250,000 under one or more contracts on any one life.

**Group Annuities:**
- Present value of allocated benefits up to a total of $250,000 on any one life; or
- Present value of unallocated benefits up to a total of $5,000,000 for one contractholder regardless of the number of contracts.

**Aggregate Limit:**
- $300,000 on any one life with the exception of the $500,000 health insurance limit, the $5,000,000 multiple owner life insurance limit, and the $5,000,000 unallocated group annuity limit.

These limits are applied for each insolvent insurance company.

**Insurance companies and agents are prohibited by law from using the existence of the Association for the purpose of sales, solicitation, or inducement to purchase any form of insurance.  When you are selecting an insurance company, you should not rely on Association coverage.  For additional questions on Association protection or general information about an insurance company, please use the following contact information.**

Texas Life and Health Insurance
Guaranty Association
515 Congress Avenue, Suite 1875
Austin, Texas  78701
800-982-6362 or www.txlifega.org

Texas Department of Insurance
P.O. Box 149104
Austin, Texas  78714-9104
800-252-3439 or www.tdi.state.tx.us

GAN-GRP-TX NOTICE-P/C

09/11
07/01/13

# TABLE OF CONTENTS

Definitions ....................................................................................................3

General Provisions .........................................................................................8

Claims Procedures..........................................................................................9

Eligibility ....................................................................................................13

Effective Dates.............................................................................................13

Individual Termination ................................................................................15

Total Disability Monthly Benefit ................................................................17

Partial Disability Monthly Benefit..............................................................18

Other Income Benefits .................................................................................20

Recurrent Disability.....................................................................................21

Exclusions ...................................................................................................22

Specified Injuries or Sicknesses Limitation ...............................................23

Mandatory Vocational Rehabilitation Benefit Provision ...........................25

Reasonable Accommodation Benefit ..........................................................26

Prior Insurance Credit Upon Transfer of Insurance Carriers .....................27

Family Income Benefit.................................................................................28

GL3002-CERT-TOC

07/01/13

## DEFINITIONS

As used throughout this Certificate, the following terms shall have the meanings indicated below.  Other parts of this Certificate contain definitions specific to those provisions.

**ACTIVE WORK** or **ACTIVELY-AT-WORK** means an Employee's full-time performance of all main duties of such Employee's occupation at:
1.   the Employer's usual place of business; or
2.   any other business location to which the Employer requires the Employee to travel.

Unless Disabled on the prior workday or on the day of absence, an Employee will be considered Actively at Work on the following days:
1.   a Saturday, Sunday or holiday which is not a scheduled workday;
2.   a paid vacation day or other scheduled or unscheduled non-workday; or
3.   an excused or emergency leave of absence (except a medical leave) of 30 days or less.

**BASIC MONTHLY EARNINGS** or **PREDISABILITY INCOME** means the Insured Employee's average monthly base salary or hourly pay from the Employer before taxes on the Determination Date.  The "Determination Date" is the last day worked just prior to the date the Disability begins.

It does **not** include commissions, bonuses, overtime pay, or any other extra compensation.  It does not include income from a source other than the Employer.  It will not exceed the amount shown in the Employer's financial records, the amount for which premium has been paid, or the Maximum Covered Monthly Earnings permitted by the Policy; whichever is less.  (Maximum Covered Monthly Earnings equals the Maximum Monthly Benefit divided by the Benefit Percentage shown in the Schedule of Benefits.)  Exception:  For purposes of determining the Partial Disability Monthly Benefit, Basic Monthly Earnings will not exceed the amount shown in the Employer's financial records.

**COMPANY** means The Lincoln National Life Insurance Company, an Indiana corporation, whose Group Insurance Service Office address is 8801 Indian Hills Drive, Omaha, Nebraska 68114-4066.

GL3002-CERT-2 98

07/01/13

## DEFINITIONS
### (continued)

**DAY** or **DATE** means the period of time which begins at 12:01 a.m. and ends at 12:00 midnight, standard time, at the Policyholder's place of business.  When used with regard to effective dates, it means 12:01 a.m. When used with regard to termination dates, it means 12:00 midnight.

**DISABLED** or **DISABILITY** means Totally Disabled and/or Partially Disabled.

**DISABILITY BENEFIT** when used with the term Retirement Plan, means a benefit which:
1.  is payable under a Retirement Plan due to disability as defined in that plan; and
2.  does not reduce the benefits which would have been paid as Retirement Benefits at the normal retirement age under the plan if the disability had not occurred.

If the payment of the benefit does cause such a reduction, the benefit will be deemed a Retirement Benefit as defined in this Certificate.

**ELIGIBILITY WAITING PERIOD** means the period of time that:
1.  begins with an Employee's most recent date of employment with the Employer; and
2.  ends on the day prior to the day such Employee is eligible for coverage under the Policy.

**ELIMINATION PERIOD** means the number of days of Disability during which no benefit is payable.  The Elimination Period is shown in the Schedule of Benefits.  It applies as follows.
1.  The Elimination Period:
    (a)  begins on the first day of Disability; and
    (b)  is satisfied when the required number of days is accumulated within a period which does not exceed two times the Elimination Period.
    During a period of Disability, the Insured Employee may return to full-time work, at his or her own or any other occupation, for an accumulated number of days not to exceed the Elimination Period.
2.  Only days of Disability due to the same or a related Sickness or Injury will count towards the Elimination Period.  Days on which the Insured Employee returns to full-time work will not count towards the Elimination Period.

**EMPLOYEE** means a person:
1.  whose employment with the Employer is:
    (a)  on a regular full-time basis;
    (b)  the person's principal occupation; and
    (c)  for regular wage or salary;
2.  who is regularly scheduled to work at such occupation at least the minimum number of hours shown in the Schedule of Benefits; and
3.  who is a member of an Eligible Class which is eligible for coverage under the Policy;
4.  who is not a temporary or seasonal employee; and
5.  who is a citizen of the United States or legally works in the United States.

**EMPLOYER** means the Policyholder and includes any division, subsidiary or affiliated company named in the Application.

**EVIDENCE OF INSURABILITY** means a statement of proof of an Employee's medical history.  The Company uses this to determine his or her acceptance for insurance, or for an increased amount of insurance. Such proof will be provided at the Employee's own expense.

## DEFINITIONS
### (continued)

**FAMILY OR MEDICAL LEAVE** means a leave of absence which is approved in writing by the Employer; and which is subject to:

1. the federal Family and Medical Leave Act of 1993, and any amendments to it; or
2. any similar state law requiring the Employer to grant family or medical leaves.

**INSURED EMPLOYEE** means an Employee for whom Policy coverage is in effect.

**INJURY** means bodily injury which is caused by and results directly from an accident, independently of all other causes. For purposes of determining benefits under the Policy, a Disability will be considered due to an Injury only if:

1. the Disability begins within 90 days after the Injury; or
2. the Injury occurred while the Employee was insured under the Policy.

The term "Injury" shall **not** include any:

1. condition to which a physical or mental sickness, the natural progression of a sickness, or the treatment of a sickness is a substantial contributing factor (based upon the preponderance of medical evidence);
2. condition caused solely by emotional stress or mental trauma;
3. repetitive trauma condition which results from repetitious, physically traumatic activities that occur over time;
4. pregnancy; except for complications which result from a covered Injury;
5. condition caused by infection; except pyogenic bacterial infection of a covered Injury; or
6. condition caused by medical or surgical treatment; except when the treatment is needed solely because of a covered Injury.

## DEFINITIONS
### (continued)

**MAIN DUTIES or MATERIAL AND SUBSTANTIAL DUTIES** means those job duties which:
1. are normally required to perform the Insured Person's regular occupation; and
2. cannot reasonably be modified or omitted.

It includes those main duties as performed in the national workforce; **not** as performed for a certain firm or at a certain work site.

**MEDICALLY APPROPRIATE TREATMENT** means diagnostic services, consultation, care or services which are consistent with the symptoms or diagnosis causing the Insured Employee's Disability.  Such treatment must be rendered:
1. by a Physician whose license and any specialty are consistent with the disabling condition; and
2. according to generally accepted, professionally recognized standards of medical practice.

**MONTHLY BENEFIT** means the amount payable monthly by the Company to the Insured Employee who is Totally or Partially Disabled.

**OWN OCCUPATION PERIOD** means a period as shown in the Schedule of Benefits.

**PARTIALLY DISABLED or PARTIAL DISABILITY** shall be as defined in the Partial Disability Monthly Benefit sections.

**PARTIAL DISABILITY EMPLOYMENT** means the Insured Employee is working at his or her own or any other occupation; but because of a Partial Disability:
1. the Insured Employee's hours or production is reduced;
2. one or more main duties of the job are reassigned; or
3. the Insured Employee is working in a lower-paid occupation.

His or her current earnings must be at least 20% of Predisability Income, and may not exceed the percentage specified in the Partial Disability Benefit section.

**PHYSICIAN** means:
1. a legally qualified medical doctor who is licensed to practice medicine, to prescribe and administer drugs or to perform surgery; or
2. any other duly licensed medical practitioner who is deemed by state law to be the same as a legally qualified medical doctor.

The medical doctor or other medical practitioner must be acting within the scope of his or her license; and must be qualified to provide medically appropriate treatment for the Insured Employee's disabling condition.

Physician does **not** include the Insured Employee or a relative of the Insured Employee receiving treatment. (Relatives include the Insured Employee's spouse, siblings, parents, children and grandparents; and his or her spouse's relatives of like degree.)

**POLICY** means the Group Long Term Disability Insurance Policy issued by the Company to the Policyholder.

**POLICYHOLDER** means the person, individual, firm, trust or other organization as shown on the Face Page of this Certificate.

**PREDISABILITY INCOME** - See Basic Monthly Earnings.

## DEFINITIONS
### (continued)

**REGULAR CARE OF A PHYSICIAN** or **REGULAR ATTENDANCE OF A PHYSICIAN** means the Insured Employee:
1.   personally visits a Physician, as often as medically required according to standard medical practice to effectively manage and treat his or her disabling condition; and
2.   receives medically appropriate treatment, by a Physician whose license and any specialty are consistent with the disabling condition.

**REGULAR OCCUPATION** or **OWN OCCUPATION** means the occupation, trade or profession:
1.   in which the Insured Employee was employed with the Employer prior to Disability; and
2.   which was his or her primary source of earned income prior to Disability.
It includes any work in the same occupation for pay or profit; whether such work is with the Employer, with some other firm or on a self-employed basis.  It includes the main duties of that occupation as performed in the national workforce; **not** as performed for a certain firm or at a certain work site.

**RETIREMENT BENEFIT** when used with the term Retirement Plan, means a benefit which:
1.   is payable under a Retirement Plan either in a lump sum or in the form of periodic payments;
2.   does not represent contributions made by an Employee (payments which represent Employee contributions are deemed to be received over the Employee's expected remaining life regardless of when such payments are actually received); and
3.   is payable upon:
     (a)   early or normal retirement; or
     (b)   disability, if the payment does reduce the benefit which would have been paid at the normal retirement age under the plan, if disability had not occurred.

**RETIREMENT PLAN** means a defined benefit or defined contribution plan which provides Retirement Benefits to Employees and which is not funded wholly by Employee contributions.  The term shall **not** include any 401(k), profit-sharing or thrift plan; informal salary continuance plan; individual retirement account (IRA); tax sheltered annuity (TSA); stock ownership plan; or a non-qualified plan of deferred compensation.  An Employer's Retirement Plan is deemed to include any Retirement Plan:
1.   which is part of any federal, state, county, municipal or association retirement system; and
2.   for which the Employee is eligible as a result of employment with the Employer.

**SICK LEAVE** or **ANY SALARY CONTINUANCE PLAN** means a plan which:
1.   is established and maintained by the Employer for the benefit of Insured Employees; and
2.   continues payment of all or part of an Insured Employee's Predisability Income for a specified period after he or she becomes Disabled.
It does **not** include compensation the Employer pays an Insured Employee for work actually performed during a Disability.

**SICKNESS** means illness, pregnancy or disease.

**TOTAL COVERED PAYROLL** means the total amount of Basic Monthly Earnings for all Employees insured under the Policy.

**TOTAL DISABILITY** or **TOTALLY DISABLED** shall be defined in the Total Disability Monthly Benefit section.

## GENERAL PROVISIONS

**ENTIRE CONTRACT.**  The entire contract between the parties shall consist of:
1. the Policy and any amendments to it;
2. the Policyholder's application (a copy of which is attached to the Policy);
3. any Participating Employers' applications or Participation Agreements; and
4. any individual applications of the Insured Employees.

In the absence of fraud, all statements made by the Policyholder and by Insured Employees are representations and not warranties.  No statement made by an Insured Employee will be used to contest the coverage provided by the Policy, unless:
1. it is contained in a written statement signed by that Insured Employee; and
2. a copy of the statement has been furnished to that Insured Employee.

**INCONTESTABILITY.**  Except for the non-payment of premiums or fraud, the Company may not contest the validity of the Policy after it has been in force for two years from its date of issue; and as to any Insured Employee, after his or her coverage has been in force for two years during his or her lifetime.  This clause does not preclude, at any time, the assertion of defenses based upon:
1. the Policy's eligibility requirements, exclusions and limitations; and
2. other Policy provisions unrelated to the validity of coverage.

**RESCISSION.**  The Company has the right to rescind any insurance for which Evidence of Insurability was required, if:
1. an Insured Employee incurs a claim during the first two years of coverage; and
2. the Company discovers that the Insured Employee made a Material Misrepresentation on his or her application.

A **"Material Misrepresentation"** is an incomplete or untrue statement that caused the Company to issue coverage that it would have disapproved, had it known the truth.  **"To rescind"** means to cancel insurance back to its effective date.  In that event, the Company will refund all premium paid for the rescinded insurance, less any benefits paid for the Insured Employee's claims.  The Company reserves the right to recover any claims paid in excess of such premiums.

**MISSTATEMENTS OF FACTS.**  If relevant facts about any person were misstated:
1. a fair adjustment of the premium will be made; and
2. the true facts will decide if and in what amount insurance is valid under the Policy.

If an Insured Employee's age has been misstated, any benefits shall be in the amount the paid premium would have purchased at the correct age.

**POLICYHOLDER'S AGENCY.**  For all purposes of the Policy, the Policyholder acts on its own behalf or as the Employee's agent.  Under no circumstances will the Policyholder be deemed the Company's agent.

**CURRENCY.**  In administering the Policy:
1. all Predisability Income will be expressed in U.S. dollars; and
2. all premium and benefit amounts must be paid in U.S. dollars.

**WORKERS' COMPENSATION OR STATE DISABILITY INSURANCE.**  The Policy does not replace or provide benefits required by:
1. Workers' Compensation laws; or
2. any state disability insurance plan laws.

**ASSIGNMENT.**  The rights and benefits under this Certificate may not be assigned.

# CLAIMS PROCEDURES

**NOTICE OF CLAIM.** Written notice of claim must be given during the Elimination Period. The notice must be sent to the Company's Group Insurance Service Office. It should include:
1. the Insured Employee's name and address; and
2. the number of the Policy.

If this is not possible, written notice must be given as soon as it is reasonably possible.

**CLAIM FORMS.** When notice of claim is received, the Company will send claim forms to the Insured Employee. If the Company does not send the forms within 15 days, the Insured Employee may send the Company written proof of Disability in a letter. It should state the date the Disability began, its cause and degree. The Company will periodically send the Insured Employee additional claim forms.

**PROOF OF CLAIM.** The Company must be given written proof of claim within 90 days after the end of the Elimination Period. When it is not reasonably possible to give written proof in the time required, the claim will not be reduced or denied solely for this reason, if the proof is filed:
1. as soon as reasonably possible; and
2. in no event later than one year after it was required.

These time limits will not apply while an Insured Employee lacks legal capacity.

Proof of claim must be provided at the Insured Employee's own expense. It must show the date the Disability began, its cause and degree. Documentation must include:
1. completed statements by the Insured Employee and the Employer;
2. a completed statement by the attending Physician, which must describe any restrictions on the Insured Employee's performance of the duties of his or her Regular Occupation;
3. proof of any other income received;
4. proof of any benefits available from other income sources, which may affect Policy benefits;
5. a signed authorization for the Company to obtain more information; and
6. any other items the Company may reasonably require in support of the claim.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

**EXAMINATION.** The Company may have the Insured Employee examined:
1. by a Physician, specialist or vocational rehabilitation expert of the Company's choice;
2. as often as reasonably required while a claim or appeal is pending.

Any such exam will be at the Company's expense.

The Company may determine that (in its opinion) the Insured Employee has:
1. failed to cooperate with an examiner;
2. failed to take an exam scheduled by the Company; or
3. postponed such an exam more than twice.

In that event, benefits may be denied or suspended, until the required exam is completed.

## CLAIMS PROCEDURES
### (continued)

**TIME OF PAYMENT OF CLAIMS.** Benefits payable under the Policy will be paid:
1. immediately after the Company receives complete proof of claim and confirms liability; and
2. in any event, within 60 days after the Company receives acceptable proof of claim.

After that:
1. Any benefits will be paid monthly, during any period for which the Company is liable. If benefits are due for less than a month, they will be paid on a pro rata basis. The daily rate will equal 1/30 of the Monthly Benefit.
2. Any balance, which remains unpaid at the end of the period of liability, will be paid immediately after the Company receives complete proof of claim and confirms liability; and in any event, within 60 days after the Company receives acceptable proof of claim.

**TO WHOM PAYABLE.** All benefits are payable to the Insured Employee, while living. After his or her death, benefits will be payable as follows.
1. Any Survivor Benefit will be payable in accord with that section.
2. Any other benefits will be payable to the Insured Employee's estate.

If a benefit becomes payable to:
1. the Insured Employee's estate; or
2. a minor or any other person who is not legally competent to give a valid receipt;
then up to $2,000 may be paid to any relative of the Insured Employee that the Company finds entitled to payment. If payment is made in good faith to such a relative, the Company will not have to pay that benefit again.

**NOTICE OF CLAIM DECISION.** The Company will send the Insured Employee a written notice of its claim decision. If the Company denies any part of the claim, the written notice will explain:
1. the reason for the denial, under the terms of the Policy and any internal guidelines;
2. how the Insured Employee may request a review of the Company's decision; and
3. whether more information is needed to support the claim.
This notice will be sent within 15 days after the Company resolves the claim. It will be sent within 45 days after the Company receives the first proof of claim, if reasonably possible.

**Delay Notice.** The Company may need more than 15 days to process the claim, due to matters beyond its control. If so, an extension will be permitted. In that event, the Company will send the Insured Employee a written delay notice:
1. by the 15th day after receiving the first proof of claim; and
2. every 30 days after that, until the claim is resolved.

The notice will explain:
1. what additional information is needed to determine liability; and
2. when a decision can be expected.
If the Insured Employee does not receive a written decision by the 105th day after the Company receives the first proof of claim, there is a right to an immediate review, as if the claim was denied.

**Exception:** The Company may need more information from the Insured Employee to process a claim. If so, it must be supplied within 45 days after the Company requests it. The resulting delay will not count towards the above time limits for claim processing.

**REVIEW PROCEDURE.** Within 180 days after receiving a denial notice, the Insured Employee may request a claim review by sending the Company:
1. a written request; and
2. any written comments or other items to support the claim.
The Insured Employee may review certain non-privileged information relating to the request for review.

GL3002-CERT-6 04 TX

Rev. 02/11
07/01/13

## CLAIMS PROCEDURES
### (continued)

The Company will review the claim and send the Insured Employee a written notice of its decision.   The notice will state the reasons for the Company's decision, under the terms of the Policy and any internal guidelines.  If the Company upholds the denial of all or part of the claim, the notice will also describe:
1.   any further appeal procedures available under the Policy;
2.   the right to access relevant claim information; and
3.   the right to request a state insurance department review, or to bring legal action.

This notice will be sent within 45 days after the Company receives the request for review, or within 90 days if a special case requires more time.

**Delay Notice.**  If the Company needs more than 45 days to process an appeal, in a special case:
1.   an extension of up to 45 more days will be permitted; and
2.   the Company will send the Insured Employee a written delay notice, by the 30th day after receiving the request for review.

The notice will explain:
1.   the special circumstances which require the delay;
2.   whether more information is needed to review the claim; and
3.   when a decision can be expected.

**Exception:**  The Company may need more information from the Insured Employee to process an appeal.  If so, it must be supplied within 45 days after the Company requests it.  The resulting delay will not count towards the above time limits for appeal processing.

**Claims Subject to ERISA** (Employee Retirement Income Security Act of 1974).   Before bringing a civil legal action under the federal labor law known as ERISA, an employee benefit plan participant or beneficiary must exhaust available administrative remedies.  Under the Policy, the plan participant or beneficiary must first seek two administrative reviews of the adverse claim decision, in accord with this section.  After the required reviews:
1.   an ERISA plan participant or beneficiary may bring legal action under Section 502(a) of ERISA; and
2.   the Company will waive any right to assert that he or she failed to exhaust administrative remedies.

**SUBROGATION.**  The Company shall have the right to recover any Policy benefits paid for a Disability:
1.   which is caused by a third party's wrongful act or negligence; and
2.   for which the Insured Employee recovers from the third party or the third party's insurer.

The third party may be another person or an organization.

If a Disability appears to be someone else's fault or liability, Policy benefits will be paid for that Disability only if the Insured Employee agrees:
1.   to repay the Company for such benefits, to the extent that they are for the loss for which the Insured Employee recovers damages from the third party;
2.   to allow the Company a lien on such damages and to hold them in trust for the Company; and
3.   to execute any legal instruments the Company needs to secure the above rights.

If the Company pays such Policy benefits, the Company will be subrogated to the Insured Employee's rights of recovery against the third party who is at fault or liable.  The Insured Employee is required:
1.   to actively pursue recovery; and
2.   to cooperate in the Company's pursuit of recovery.

If he or she does not, Policy benefits may be denied or suspended.

## CLAIMS PROCEDURES
### (continued)

The Company has the right of first reimbursement out of any recovery (judgment, settlement or other recovery) an Insured Employee is able to obtain even if the Insured Employee is not made whole.

These rights extend only to recovery of Policy benefits paid for the same or related Disability.  The amount of the repayment may be reduced by reasonable expenses the Insured Employee incurs in recovering from the person at fault.

If recovery is made before Policy benefits are paid, the Company's liability under the Policy for that Disability shall be reduced accordingly.  If recovery is made after Policy coverage ends, the Insured Employee must still repay the Company as described above.

**THIRD PARTY REIMBURSEMENT.**   The Insured Employee may be entitled to payment or reimbursement from some other person or organization, through a legal action or claim.  It must be caused by the same or related Disability for which Policy benefits are payable.  In that event, the Company shall have the right to a lien on any recovery from that person or organization.  The lien shall apply whether such recovery is by judgment, settlement or otherwise.  The amount of the lien will not exceed:
1. the amount actually recovered for such Disability, less reasonable legal fees and expenses the Insured Employee paid to pursue the recovery; or
2. the total amount of Policy benefits paid for the Disability (whichever is less).

If an Insured Employee is entitled to such payment or reimbursement, he or she is required to actively pursue it.  If he or she does not, Policy benefits may be denied or suspended.  The Insured Employee must take no action to prejudice the Company's right of reimbursement or lien.  He or she must:
1. execute any legal instruments; and
2. furnish any information the Company may reasonably require.

The Company has the right of first reimbursement out of any recovery (judgment, settlement or other recovery) an Insured Employee is able to obtain even if the Insured Employee is not made whole.

**RIGHT OF RECOVERY.** If benefits have been overpaid on any short-term disability or long-term disability claim, full reimbursement to the Company is required within 60 days.  If reimbursement is not made, the Company has the right to:
1. reduce future benefits and suspend payment of the Minimum Monthly Benefit under the Policy, until full reimbursement is made;
2. reduce benefits payable to the Insured Employee or his or her beneficiary under any group insurance policy issued by the Company, until full reimbursement is made; or
3. recover such overpayments from the Insured Employee or his or her estate.

Such reimbursement is required whether the overpayment is due to:
1. the Company's error in processing a claim;
2. the Insured Employee's receipt of Other Income Benefits;
3. fraud, misrepresentation or omission of relevant facts; or
4. any other reason.

**LEGAL ACTIONS.**  No legal action to recover any benefits may be brought until 60 days after the required written proof of claim has been given.  No such legal action may be brought more than three years after the date written proof of claim is required.

## ELIGIBILITY

**ELIGIBLE CLASSES.**  The classes of Employees eligible for insurance are shown in the Schedule of Benefits.  The Company has the right to review and terminate any or all classes eligible under the Policy, if any class ceases to be covered by the Policy.

**ELIGIBILITY DATE.**  An Employee becomes eligible for coverage provided by the Policy on the later of:
1.  the Policy's date of issue; or
2.  the date the Waiting Period is completed.

**Prior Service Credit Towards Waiting Period.**  The Waiting Period is shown in the Schedule of Benefits.  Prior service in an Eligible Class will apply toward the Waiting Period, when:
1.  a former Employee is rehired within six months after his or her employment ends; or
2.  an Employee returns from an approved Family or Medical Leave within:
    a.    the 12-week leave period required by federal law; or
    b.    any longer period required by a similar state law; or
3.  an Employee returns from a Military Leave within the period required by federal USERRA law.

## EFFECTIVE DATES

**EFFECTIVE DATE.**  An Employee's initial amount of coverage becomes effective at 12:01 a.m. on the latest of:
1.  the date the Employee becomes eligible for the coverage;
2.  the date the Employee resumes Active Work, if not Actively at Work on the day he or she becomes eligible;
3.  the date the Employee makes written application for coverage and signs;
    a.    a payroll deduction order, if the Employees pay any part of the Policy premium; or
    b.    an order to pay premiums from the Employee's Flexible Benefits Plan account, if premiums are paid through such an account; or
4.  the date the Company approves the Employee's Evidence of Insurability, if required.

Any increased or additional coverage becomes effective at 12:01 a.m. on the latest of:
1.  the first day of the Insurance Month coinciding with or next following the date on which the Insured Employee becomes eligible for the increase, if Actively at Work on that day;
2.  the date the Insured Employee resumes Active Work, if not Actively at Work on the day the increase would otherwise take effect; or
3.  the date any required Evidence of Insurability is approved by the Company.

Any decrease will take effect on the day of the change, whether or not the Insured Employee is Actively at Work.

**EVIDENCE OF INSURABILITY.**  Evidence of Insurability satisfactory to the Company must be submitted (at the Company's expense) when:
1.  an Employee makes written application for coverage (or an increased amount of coverage) more than 31 days after becoming eligible for the coverage;
2.  an Employee makes written application to enroll for coverage after he or she has requested:
    a.    to cancel insurance;
    b.    to stop payroll deductions for the insurance; or
    c.    to stop premium payments from the Flexible Benefits Plan account;
3.  coverage is elected after the Employee has caused insurance to lapse, by failing to pay the required premium when due; or
4.  optional, supplemental or voluntary coverage is elected in excess of any Guaranteed Issue Amounts shown in the Schedule of Benefits.

GL3002-CERT-7 04

07/01/13

## EFFECTIVE DATES
### (continued)

**EFFECTIVE DATE FOR CHANGE IN ELIGIBLE CLASS.** An Insured Employee may become a member of a different Eligible Class. Coverage under the different Eligible Class will be effective:

1. on the first day of the Insurance Month coinciding with or next following the date of the change;
2. except as stated in the Effective Date provision for increases or decreases.

**REINSTATEMENT RIGHTS.** If an Insured Employee's coverage terminates due to one of the following breaks in service, he or she will be entitled to reinstate the coverage upon resuming Active Work with the Employer within the required timeframe. **"Reinstatement"** or **"to reinstate"** means to re-enroll for Policy coverage, without satisfying a new Waiting Period or providing Evidence of Insurability. Reinstatement is available upon:

1. return from an approved Family or Medical Leave within:
   a. the 12-week period required by federal law; or
   b. any longer period required by a similar state law; or
2. return from a Military Leave within the period required by federal USERRA law.

To reinstate coverage, the Employee must apply for coverage or be re-enrolled within 31 days after resuming Active Work in an Eligible Class. The reinstated amount of insurance may not exceed the amount that terminated. Reinstatement will take effect on the date the Insured Employee returns to Active Work.

If the above conditions are met, then:

1. the months of leave will count towards any unmet Pre-Existing Condition Exclusion period; and
2. a new Pre-Existing Condition Exclusion will not apply to the reinstated amount of insurance.

A new Pre-Existing Condition Exclusion will apply to any increased amount of insurance.

GL3002-CERT-7 04

07/01/13

# INDIVIDUAL TERMINATION

**INDIVIDUAL TERMINATION OF COVERAGE.**  An Insured Employee's coverage will terminate at 12:00 midnight on the earliest of:

1. the date the Policy or the Employer's participation terminates; but without prejudice to any claim incurred prior to termination;
2. the date the Insured Employee's Class is no longer eligible for insurance;
3. the date such Insured Employee ceases to be a member of an Eligible Class;
4. the last day of the Insurance Month in which the Insured Employee requests termination;
5. the last day of the Insurance Month for which premium payment is made on the Insured Employee's behalf;
6. the end of the period for which the last required premium has been paid;
7. with respect to a particular insurance benefit, the date the portion of the Policy providing that benefit terminates;
8. the last day of the Insurance Month in which the Insured Employee's employment with the Employer terminates; unless coverage is continued as provided below; or
9. the date the Insured Employee enters the armed services of any state or country on active duty, except for duty of 30 days or less for training in the Reserves or National Guard. (If the Insured Employee sends proof of military service, the Company will refund any unearned premium.)

**CONTINUATION RIGHTS.**  Ceasing Active Work results in termination of the Insured Employee's eligibility for insurance, but coverage may be continued as follows.

1. **Disability.**  If an Insured Employee is absent due to Total Disability, or is engaged in Partial Disability Employment, coverage may be continued during:
   a. the Elimination Period; provided the Company receives the required premium from the Employer; and
   b. the period for which benefits are payable, without payment of premium.
   Premium payments will be waived from the satisfaction of the Elimination Period until the end of the period for which benefits are payable.  If coverage is to be continued following a period for which premiums were waived, premium payments must be resumed, as they become due.

2. **Family or Medical Leave.**  If an Insured Employee goes on an approved Family or Medical Leave, and is **not** entitled to the more favorable continuation available during Disability, coverage may be continued, until the earliest of:
   a. the end of the leave period approved by the Employer;
   b. the end of the 12-week leave period required by federal law, or any more favorable period required by a similar state law;
   c. the date the Insured Employee notifies the Employer that he or she will not return; or
   d. the date the Insured Employee begins employment with another employer.
   The required premium payments must be received from the Employer, throughout the period of continued coverage.

3. **Military Leave.**  If an Insured Employee goes on a Military Leave, coverage may be continued for the same period allowed for an approved Family or Medical Leave.  The required premium payments must be received from the Employer, throughout the period of continued coverage.

4. **Lay-off or Other Leave.**  When an Insured Employee ceases work due to a temporary lay-off, or due to an approved leave of absence (other than an approved Family or Medical Leave or a Military Leave); coverage may be continued for three Insurance Months after the lay-off or leave begins.  The required premium payments must be received from the Employer, throughout the period of continued coverage.

## INDIVIDUAL TERMINATION
### (Continued)

**Conditions.**  In administering the above continuation, the Employer must not act so as to discriminate unfairly among Employees in similar situations.  Insurance may **not** be continued when an Insured Employee ceases Active Work due to a labor dispute, strike, work slowdown or lockout.

**INDIVIDUAL TERMINATION DURING DISABILITY.**  Termination of an Insured Employee's coverage during a Disability will have no effect on benefits payable for that period of Disability.

## TOTAL DISABILITY MONTHLY BENEFIT

**BENEFIT.** The Company will pay a Total Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period; if he or she:

1. is Totally Disabled;
2. is under the regular care of a Physician; and
3. at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.

The Total Disability Monthly Benefit will cease on the earliest of:

1. the date the Insured Employee ceases to be Totally Disabled or dies;
2. the date the Maximum Benefit Period ends;
3. the date the Insured Employee is able, but chooses not to engage in Partial Disability Employment:
   a. in his or her regular occupation, during the Own Occupation Period; or
   b. in any Gainful Occupation, after the Own Occupation Period;
4. the date the Insured Employee fails to take a required medical exam, without good cause;
5. the 60th day after the Company mails a request for additional proof, if not given; or
6. the date the Insured Employee refuses to participate in good faith in a vocational rehabilitation program approved by the Company, without good cause; if the Policy includes a Mandatory Vocational Rehabilitation Benefit provision.

**AMOUNT.** The amount of the Total Disability Monthly Benefit equals:

1. the Insured Employee's Basic Monthly Earnings multiplied by the Benefit Percentage (limited to the Maximum Monthly Benefit); minus
2. Other Income Benefits.

The amount of the Total Disability Monthly Benefit will not be less than the Minimum Monthly Benefit. The Benefit Percentage, Maximum Monthly Benefit, Minimum Monthly Benefit and Maximum Benefit Period are shown in the Schedule of Benefits.

## DEFINITIONS

**"Gainful Occupation"** means any occupation in which the Insured Employee:

1. is or could reasonably become qualified, considering his or her education, training, experience, mental and physical abilities;
2. could reasonably find employment, considering the demand in the national labor force; and
3. could earn (or reasonably expect to earn) a before-tax income at least equal to 60% of his or her Predisability Income, within 12 months of returning to work.

**"Total Disability"** or **"Totally Disabled"** will be defined as follows.

1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the main duties of his or her regular occupation.
2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the main duties of any Gainful Occupation.

The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

## PARTIAL DISABILITY MONTHLY BENEFIT

**BENEFIT.** The Company will pay a Partial Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period; if he or she:

1. is Disabled;
2. is engaged in Partial Disability Employment;
3. is earning at least 20% of Predisability Income when Partial Disability Employment begins;
4. is under the regular care of a Physician; and
5. at his or her own expense, submits proof of continued Partial Disability, Physician's care and reduced earnings to the Company upon request.

The Insured Employee does not have to be Totally Disabled prior to receiving Partial Disability Monthly Benefits. The Elimination Period may be satisfied by days of Total Disability, Partial Disability or any combination thereof.

The Partial Disability Monthly Benefit will cease on the earliest of:

1. the date the Insured Employee ceases to be Partially Disabled or dies;
2. the date the Maximum Benefit Period ends;
3. the date the Insured Employee earns more than:
   a. 99% of Predisability Income, until Partial Disability Monthly Benefits have been paid for 24 months for the same period of Disability; or
   b. 60% of Predisability Income, after Partial Disability Monthly Benefits have been paid for 24 months for the same period of Disability;*
4. the date the Insured Employee is able, but chooses not to work full-time:
   a. in his or her regular occupation, during the Own Occupation Period; or
   b. in any Gainful Occupation, after the Own Occupation Period;
5. the date the Insured Employee fails to take a required medical exam, without good cause;
6. the 60th day after the Company mails a request for additional proof, if not given; or
7. the date the Insured Employee refuses to participate in good faith in a vocational rehabilitation program approved by the Company, without good cause; if the Policy includes a Mandatory Vocational Rehabilitation Benefit provision.

*If the Insured Employee's earnings from Partial Disability Employment fluctuate, the Company has the option to average the most recent three months' earnings and continue the claim; provided that average does not exceed the percentage of Predisability Income allowed above. A Monthly Benefit will not be payable for any month during which earnings exceeded that percentage, however.

**DEFINITIONS. "Gainful Occupation"** will be defined as shown in the Total Disability Monthly Benefit section.

**"Full-Time"** means the average number of hours the Insured Employee was regularly scheduled to work, at his or her regular occupation, during the month just prior to:

1. the date the Elimination Period begins; or
2. the date an approved leave of absence begins, if the Elimination Period begins while the Insured Employee is continuing coverage during a leave of absence.

In no event will it exceed 40 hours per week.

**"Partially Disabled"** or **"Partial Disability"** will be defined as follows.

1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee:
   a. is unable to perform one or more of the main duties of his or her regular occupation, or is unable to perform such duties full-time; and
   b. is engaged in Partial Disability Employment.
2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee:
   a. is unable to perform one or more of the main duties of any Gainful Occupation, or is unable to perform such duties full-time; and
   b. is engaged in Partial Disability Employment.

## PARTIAL DISABILITY MONTHLY BENEFIT
### (continued)

**BENEFIT AMOUNT.** The Partial Disability Monthly Benefit will replace the Insured Employee's Lost Earning Capacity; provided it does not exceed the Total Disability Monthly Benefit, which would otherwise be payable during Total Disability without the Partial Disability Employment.

The amount of the Partial Disability Monthly Benefit will equal the lesser of A or B below.

A.   LOST EARNING CAPACITY:  The Insured Employee's Predisability Income, minus all Other Income Benefits (including earnings and potential earnings from Partial Disability Employment).

B.   TOTAL DISABILITY MONTHLY BENEFIT otherwise payable:
   1.   The Insured Employee's Predisability Income multiplied by the Benefit Percentage (limited to the Maximum Monthly Benefit); minus
   2.   Other Income Benefits, except for earnings and potential earnings from Partial Disability Employment.

The Partial Disability Monthly Benefit will never be less than the Minimum Monthly Benefit.  The Benefit Percentage, Maximum Monthly Benefit, Minimum Monthly Benefit, and Maximum Benefit Period are shown in the Schedule of Benefits.

**FULL EARNING CAPACITY.**  Potential earnings from Partial Disability Employment will be estimated by the Company, when the Insured Employee would reasonably be able to increase his or her earnings:
   1.   during the Own Occupation Period, by increasing the number of hours worked or duties performed in his or her regular occupation, but chooses not to do so; or
   2.   after the Own Occupation Period, by increasing the number of hours worked or duties performed in any Gainful Occupation, but chooses not to do so.

Such potential earnings will reduce the Partial Disability Monthly Benefit amount payable, while the Insured Employee is not working to his or her full earning capacity.  Gainful Occupation will be defined as shown in the Total Disability Monthly Benefit section.

Progressive Calculation, Full Capacity

## OTHER INCOME BENEFITS

**OTHER INCOME BENEFITS** means those benefits shown below:
1. Any temporary or permanent benefits or awards for which the Insured Employee is eligible under:
   (a) Worker's or Workmen's Compensation Law;
   (b) occupational disease law; or
   (c) any other act or law of like intent.
2. Any disability income benefits for which the Insured Employee is eligible under any compulsory benefit act or law.
3. Any disability income benefits for which the Insured Employee is eligible under:
   (a) any other group plan, sick leave or salary continuance plan of the Employer; or
   (b) any governmental retirement system as a result of the Insured Employee's job with the Employer; or
   (c) any automobile liability insurance policy.
4. Any Disability Benefits or Retirement Benefits the Insured Employee receives under a Retirement Plan.
5. Benefits under the United States Social Security Act, the Canada Pension Plan, the Quebec Pension Plan or any similar plan or act as follows:
   (a) disability or unreduced retirement benefits for which the Insured Employee and any spouse or child is eligible, because of the Insured Employee's Disability or eligibility for unreduced retirement benefits; or
   (b) reduced retirement benefits received by the Insured Employee and any spouse or child because of the Insured Employee's receipt of reduced retirement benefits.
6. Earnings the Insured Employee earns or receives from any form of employment.

These Other Income Benefits, except Retirement Benefits, are benefits resulting from the same Disability for which a Monthly Benefit is payable under the Policy.

An Insured Employee who may be entitled to some Other Income Benefit is required to actively pursue it; if he or she does not, Policy benefits may be denied or suspended.

**COST-OF-LIVING FREEZE.** After the first deduction for each of the Other Income Benefits, the Monthly Benefit will not be further reduced due to any cost-of-living increases payable under these Other Income Benefits.

**LUMP SUM PAYMENTS.** Other Income Benefits which are paid in a lump sum will be prorated on a monthly basis over the time period for which the sum is given. If no time period is stated, the sum will be prorated on a monthly basis over the time the Company expects the Insured Employee to live.

**ESTIMATED PAYMENTS.** When the Insured Employee may qualify for certain Other Income Benefits, the Company may estimate the amount of such benefits. The Company may reduce the Insured Employee's Monthly Benefits by such estimated amounts, which:
1. have not yet been awarded or denied; or
2. have been denied, if the denial is being appealed.
If an Insured Employee's Monthly Benefits have been reduced by an estimated amount; then such payments will be adjusted when the Company receives proof:
1. of the amount actually awarded; or
2. that benefits have been denied, and that any appeal the Company deems necessary has been completed. (In that event, a lump sum will be refunded to the Insured Employee.)

## RECURRENT DISABILITY

"Recurrent Disability" means a Disability due to an Injury or Sickness which is the same as, or related to, the cause of a prior Disability for which Monthly Benefits were payable. A Recurrent Disability will be treated as follows.

1. A Recurrent Disability will be treated as a new period of Disability, and a new Elimination Period must be completed before further Monthly Benefits are payable; if the Insured Employee returns to his or her regular occupation on a full-time basis for six months or more.

2. A Recurrent Disability will be treated as part of the prior Disability, if an Insured Employee returns to his or her regular occupation on a full-time basis for less than six months.

To qualify for a Monthly Benefit, the Insured Employee must earn less than the percentage of Predisability Income specified in the Partial Disability Monthly Benefit section. Monthly Benefit payments will be subject to all other terms of the Policy for the prior Disability.

If an Insured Employee becomes eligible for coverage under any other group Long Term Disability policy, this Recurrent Disability provision will cease to apply to that Insured Employee.

GL3002-CERT-12 98

07/01/13

# EXCLUSIONS

**GENERAL EXCLUSIONS.**  The Policy will not cover any period of Total or Partial Disability:
1.   due to war, declared or undeclared, or any act of war;
2.   due to intentionally self-inflicted injuries;
3.   due to active participation in a riot;
4.   due to the Insured Employee's committing of or the attempting to commit a felony or any type of assault or battery;
5.   during which the Insured Employee is incarcerated for the commission of a felony;
6.   during which the Insured Employee is not under the Regular Care of a Physician; or
7.   during which the Insured Employee is not participating in good faith in a vocational rehabilitation program approved by the Company, without good cause; if the Policy includes a Mandatory Vocational Rehabilitation Benefit provision.

**PRE-EXISTING CONDITION EXCLUSION.**  The Policy will not cover any Total or Partial Disability:
1.   which is caused or contributed to by, or results from a Pre-Existing Condition; and
2.   which begins in the first 12 months after the Insured Employee's Effective Date.

"Pre-Existing Condition" means a Sickness or Injury for which the Insured Employee received treatment within 3 months prior to the Insured Employee's Effective Date.

"Treatment" means consultation, care or services provided by a Physician.  It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines.

## SPECIFIED INJURIES OR SICKNESSES LIMITATION

**LIMITATION.** If an Insured Employee is Disabled primarily due to one or more of the Specified Injuries or Sicknesses defined below; then Partial or Total Disability Monthly Benefits:
1.    will be payable subject to the terms of the Policy; but
2.    will be limited to 24 months for any one period of Disability; unless the Insured Employee is confined to a Hospital.

"Specified Injuries or Sicknesses" include any Chronic Fatigue Sickness, Environmental Sickness, Mental Sickness, Musculoskeletal/Connective Tissue Injury or Sickness, or Substance Abuse, as defined below.

CONDITIONS
1.    If the Insured Employee is confined in a Hospital at the end of the 24th month for which Policy benefits are paid for the Specified Injury or Sickness; then benefits will be payable until he or she is discharged from that facility.
2.    In no event will the Monthly Benefit be paid beyond the Maximum Benefit Period shown in the Schedule of Insurance, however.

DEFINITIONS

**"Chronic Fatigue Sickness"** means a sickness that is characterized by a debilitating fatigue, in the absence of other known medical or psychological conditions.  It includes, but is not limited to:
1.    chronic fatigue syndrome or chronic fatigue immunodeficiency syndrome;
2.    an Epstein-Barr or herpes 6 viral infection, or post viral syndrome; and
3.    limbic encephalopathy or myalgic encephalomyelitis.
It does **not** include depression or any neoplastic, neurologic, endocrine, hematologic or rheumatologic disorder.

**"Environmental Sickness"** means an allergy or sensitivity to chemicals or the environment.  It includes, but is not limited to:
1.    environmental allergies;
2.    sick building syndrome;
3     multiple chemical sensitivity syndrome; and
4.    chronic toxic encephalopathy.
It does **not** include asthma or allergy-induced reactive lung disease.

**"Hospital,"** as used in this provision, means:
1.    a general hospital which:
    a.    is licensed, approved or certified by the state where it is located;
    b.    is recognized by the Joint Commission on the Accreditation of Hospitals; or
    c.    is operated to treat resident inpatients; has a registered nurse always on duty;
        and has a lab, x-ray facility and place where major surgery is performed; and
2.    a skilled nursing care facility or unit, which provides convalescent or nursing care; and which is recognized as a skilled nursing care facility under Medicare.
The term Hospital also includes:
1.    a Mental Hospital when treatment is for a Mental Sickness; and
2.    a Treatment Center when treatment is for Substance Abuse.

**"Mental Hospital"** means a health care facility (or its psychiatric unit) which:
1.    is licensed, certified or approved as a mental hospital by the state where it is located;
2.    is equipped to treat resident inpatients' mental diseases or disorders; and
3.    has a resident psychiatrist on duty or on call at all times.

GL3002-CERT-14 98

Specified Limit.
07/01/13

**"Mental Sickness"** means any emotional, behavioral, psychological, personality, adjustment, mood or stress-related abnormality, disorder, disturbance, dysfunction or syndrome; regardless of its cause. It includes, but is not limited to:

1. schizophrenia or schizoaffective disorder;
2. bipolar affective disorder, manic depression, or other psychosis; and
3. obsessive-compulsive, depressive, panic or anxiety disorders.

These conditions are usually treated by a psychiatrist, a clinical psychologist or other qualified mental health care provider. Treatment usually involves psychotherapy, psychotropic drugs or similar methods of treatment.

Mental Sickness does **not** include irreversible dementia resulting from:

1. stroke, trauma, viral infection, Alzheimer's disease; or
2. other conditions which are not usually treated by a mental health care provider using psychotherapy, psychotropic drugs, or similar methods of treatment.

**"Musculoskeletal/Connective Tissue Injury or Sickness"** includes, but is not limited to:

1. scoliosis that does not require surgery;
2. any other disease or disorder of the cervical, thoracic or lumbosacral back and surrounding soft tissue; unless documented by x-ray, electromyogram, computerized tomography or magnetic resonance imaging;
3. sprains or strains of the muscles, joints and adjacent tissues;
4. fibromyalgia, carpal tunnel syndrome, or repetitive motion syndrome; and
5. myofascial pain, or any craniomandibular or temporomandibular joint disorder (TMJ).

It does **not** include:

1. scoliosis that requires surgery, or spondylolisthesis of grade II or higher;
2. radiculopathies or herniated discs that are documented by x-ray, electromyogram, computerized tomography or magnetic resonance imaging;
3. tumors, malignancies, vascular malformations, or osteopathies;
4. myelopathies, myelitis, or demyelinating disease; or
5. lupus, or rheumatoid or psoriatic arthritis.

**"Substance Abuse"** means alcoholism, drug abuse, or chemical dependency of any type.

**"Treatment Center"** means a health care facility (or its medical or psychiatric unit) which:

1. is licensed, certified or approved by the state where it is located;
2. has a program for inpatient treatment of substance abuse; and
3. provides such treatment based upon a written plan approved and supervised by a Physician.

## MANDATORY VOCATIONAL REHABILITATION BENEFIT PROVISION

**BENEFIT.** If an Insured Employee is Disabled and is receiving Policy benefits; then he or she may be eligible for a Vocational Rehabilitation Benefit. This Benefit consists of services which may include:

1. vocational evaluation, counseling, training or job placement;
2. job modification or special equipment; and
3. other services which the Company deems reasonably necessary to help the Insured Employee return to work.

The Company will determine the Insured Employee's eligibility and the amount of any Benefit payable.

**ELIGIBILITY.** An Insured Employee may be eligible for this Benefit, if the Company finds that he or she:

1. has a Disability that prevents the performance of his or her regular occupation; and, after the Own Occupation Period, also lacks the skills, training or experience needed to perform any other Gainful Occupation;
2. has the physical and mental abilities needed to complete a Program; and
3. is reasonably expected to return to work after completing the Program; in view of the labor force demand for workers in the proposed occupation.

The Company must also find that the cost of the proposed services is less than its expected claim liability.

**AMOUNT.** The amount of any Vocational Rehabilitation Benefit will not exceed the Company's expected claims liability. This benefit will not be payable for services covered under the Insured Employee's health care plan or any other vocational rehabilitation program. Payment may be made to the provider of the services, at the Company's option.

**CONDITIONS.** Either the Company, the Insured Employee, or his or her Physician may first propose vocational rehabilitation. When a Program is approved by the Company, the Policy's definition of "Disability" will be waived during the rehabilitation period; but it will be reapplied after the Program ends. The Company will determine the amount and duration of any Long Term Disability benefits payable after the Program ends.

**LIMITATIONS.** The Policy will not cover any period of Disability:

1. for an Insured Employee who, without good cause, refuses to take part in good faith in a Program designed to return the person to work:
   a. in his or her regular occupation, during the Own Occupation Period; or
   b. in any Gainful Occupation after the Own Occupation Period; or
2. for an Insured Employee who has received a Vocational Rehabilitation Benefit and has failed to complete the Program, without Good Cause.

## DEFINITIONS

**"Gainful Occupation"** means any occupation in which the Insured Employee:

1. is or could reasonably become qualified, considering his or her education, training, experience, and mental and physical abilities;
2. could reasonably find employment, considering the demand in the national labor force; and
3. could earn (or reasonably expect to earn) a before-tax income at least equal to 60% of his or her Predisability Income, within 12 months of returning to work.

**"Good Cause"**, as used in this provision, means the Insured Employee's:

1. documented physical or mental impairments, which render the Insured Employee unable to take part in or complete a Program;
2. involvement in a medical program, which prevents or interferes with the Insured Employee's taking part in or completing a Program; or
3. participating in good faith in some other vocational rehabilitation program, which:
   a. conflicts with taking part in or completing a Program developed by the Company; and
   b. is reasonably expected to return the Insured Employee to work.

**"Program"** means a written vocational rehabilitation program:

1. which the Company develops with input from the Insured Employee; his or her Physician; and any current or prospective employer, when appropriate; and
2. which describes the Program's goals; each party's responsibilities; and the times, dates and costs of the rehabilitation services.

## REASONABLE ACCOMMODATION BENEFIT

If an Insured Employee of the Employer is Disabled, and is receiving Policy benefits; then the Employer may be eligible for a Reasonable Accommodation Benefit. This Benefit reimburses the Employer for 50% of the expense incurred for reasonable accommodation services for the Insured Employee; but will not exceed:
1. a maximum benefit of $5,000 for any one Insured Employee; or
2. the Company's expected liability for the Insured Employee's Long Term Disability claim (whichever is less).

Such services may include:
1. providing the Insured Employee a more accessible parking space or entrance;
2. removing barriers or hazards to the Insured Employee from the worksite;
3. special seating, furniture or equipment for the Insured Employee's work station;
4. providing special training materials or translation services during the Insured Employee's training; and
5. other services the Company deems reasonably necessary to help the Insured Employee return to work with the Employer.

ELIGIBILITY FOR BENEFIT.  The Company will determine the Employer's eligibility to receive the Benefit.  To qualify for the Benefit, the Employer must have an Insured Employee:
1. whose Disability prevents the performance of his or her regular occupation at the Employer's worksite;
2. who has the physical and mental abilities needed to perform his or her own or another occupation at the Employer's worksite; but only with the help of the proposed accommodation; and
3. who is reasonably expected to return to work with the help of the proposed accommodation.
The Company must also find that the requested Reasonable Accommodation Benefit is less than the expected liability for the Insured Employee's Long Term Disability claim.

WRITTEN PROPOSAL.  The reasonable accommodation services must be provided in accord with a written proposal, which is developed with input from:
1. the Employer;
2. the Insured Employee; and
3. his or her Physician, when appropriate.
The proposal must state the purpose of the proposed accommodation; and the times, dates and costs of the services.

CONDITIONS.  Either the Company, the Employer, the Insured Employee, or his or her Physician may first propose an accommodation.

The proposal must be approved by the Company in writing.

The Company will then reimburse the Employer, upon receipt of proof that the Employer:
1. has provided the services for the Insured Employee; and
2. has paid the provider for the services.

GL3002-CERT-14.3

26

07/01/13

## PRIOR INSURANCE CREDIT UPON TRANSFER OF INSURANCE CARRIERS

To prevent loss of coverage for an Employee because of a transfer of insurance carriers, the Policy will provide Prior Insurance Credit for employees insured under the prior carrier's policy on its termination date as follows.

**FAILURE TO BE ACTIVELY-AT-WORK DUE TO INJURY OR SICKNESS.**   Subject to premium payments, the Policy will provide coverage to an Employee:
1. who was insured by the prior carrier's policy at the time of transfer; and
2. who was not Actively-At-Work due to Injury or Sickness on the Policy's Effective Date.

The coverage will be that provided by the prior carrier's policy, had it remained in force.  The Company will pay:
1. the benefit that the prior carrier would have paid; minus
2. any amount for which the prior carrier is liable.

**DISABILITY DUE TO A PRE-EXISTING CONDITION.**  Benefits may be payable for a Total Disability due to a Pre-Existing Condition for an Employee who:
1. was insured by the prior carrier's policy at the time of transfer; and
2. was Actively-At-Work and insured under the Policy on the Policy's Effective Date.

The benefits will be determined as follows:
1. The Company will apply the Policy's Pre-Existing Condition Exclusion.  If the Insured Employee qualifies for benefits, such Insured Employee will be paid according to the Policy's benefit schedule.
2. If the Insured Employee cannot satisfy the Policy's Pre-Existing Condition Exclusion, but can satisfy the prior carrier's pre-existing condition exclusion giving consideration towards continuous time insured under both policies; then he or she will be paid in accord with the benefit schedule and all other terms, conditions and limitations of:
   a. the Policy without applying the Pre-Existing Condition Exclusion; or
   b. the prior carrier's policy;
   whichever is less.
3. If the Insured Employee cannot satisfy the Pre-Existing Condition Exclusion of the Policy or that of the prior carrier, no benefit will be paid.

GL3002-CERT-15 99

07/01/13

## FAMILY INCOME BENEFIT

The Company will pay a lump sum benefit to the Eligible Survivor when proof is received that an Insured Employee died:
1. after Disability had continued for 180 or more consecutive days; and
2. while receiving a Monthly Benefit.

The benefit will be equal to three times the Insured Employee's Last Monthly Benefit.

"Last Monthly Benefit" means the gross Monthly Benefit payable to the Insured Employee immediately prior to death. Any reductions for Other Income Benefits, or for earnings the Insured Employee received for Partial Disability Employment, will not apply.

"Eligible Survivor" means the Insured Employee's:
1. surviving spouse; or, if none
2. surviving children who are under age 26 on the Insured Employee's date of death.

If payment becomes due to the Insured Employee's children; then payment will be made to:
1. the surviving children, in equal shares; or
2. a person named by the Company to receive payments on the children's behalf.

This payment will be valid and effective against all claims by others representing, or claiming to represent, the children.

If there are no Eligible Survivors, payment will be made to the Insured Employee's estate.

Three Month Survivor Benefit

## SUMMARY PLAN DESCRIPTION

The following information together with your group insurance certificate issued to you by The Lincoln National Life Insurance Company of Fort Wayne, Indiana, is the Summary Plan Description required by the Employee Retirement Income Security Act of 1974 to be distributed to participants in the Plan. This Summary Plan Description is only intended to provide an outline of the Plan's benefits. The Plan Document will govern if there is any discrepancy between the information contained in this Description and the Plan.

The name of the Plan is: Group Long Term Disability Insurance for Employees of Memorial Hermann Health System.

The name, address and ZIP code of the Sponsor of the Plan is: Memorial Hermann Health System, 7737 Southwest Freeway, C-95, Houston, TX, 77074.

Employer Identification Number (EIN): 74-1152597                IRS Plan Number: 505

The name, business address, ZIP code and business telephone number of the Plan Administrator is: Memorial Hermann Health System, 7737 Southwest Freeway, C-95, Houston, TX, 77074, (713) 456-6445.

The Plan Administrator is responsible for the administration of the Plan and is the designated agent for the service of legal process for the Plan. Functions performed by the Plan Administrator include: the receipt and deposit of contributions, maintenance of records of Plan participants, authorization and payment of Plan administrative expenses, selection of the insurance consultant, selection of the insurance carrier and assisting The Lincoln National Life Insurance Company. The Lincoln National Life Insurance Company has the sole discretionary authority to determine eligibility and to administer claims in accord with its interpretation of policy provisions, on the Plan Administrator's behalf (this does not apply to employers sitused in California or to California residents).

Type of Administration. The Plan is administered directly by the Plan Administrator with benefits provided in accordance with provisions of the group insurance policy issued by The Lincoln National Life Insurance Company whose Group Insurance Service Office address is 8801 Indian Hills Drive, Omaha, Nebraska.

Type of Plan. The benefits provided under the Plan are: Group Long Term Disability Insurance benefits.

Type of Funding Arrangement: The Lincoln National Life Insurance Company.

All employees are given a Certificate of Group Insurance which contains a detailed description of the Benefits, Pre-Existing Condition Limitation, Exclusions and Prior Carrier Credit provisions. The Certificate also contains the Schedule of Benefits which includes information on the Benefit Percentage, Maximum and Minimum Monthly Benefits, Elimination Period, Maximum Benefit Period, Own Occupation Period and Waiting Period. If your Booklet, Certificate or Schedule of Benefits has been misplaced, you may obtain a copy from the Plan Administrator at no charge.

Eligibility. Full-time employees working at least 70 hours bi-weekly.

Employees become eligible on the first day of active full-time employment.

Contributions. Insured employees are not required to contribute to the cost of the Core Benefit. Insured employees are required to contribute to the cost of the Buy-Up Benefit.

The Plan's fiscal year ends on: June 30th of each year.

The name and section of relevant Collective Bargaining Agreements: None

The name, title and address of each Plan Trustee: None

**Loss of Benefits.** The Plan Administrator may terminate the policy, or subject to The Lincoln National Life Insurance Company's approval, may modify, amend or change the provisions, terms and conditions of the policy. Coverage will also terminate if the premiums are not paid when due. No consent of any Insured Person or any other person referred to in the policy will be required to terminate, modify, amend or change the policy. See your Plan Administrator to determine what, if any, arrangements may be made to continue your coverage beyond the date you cease active work.

**Claims Procedures.** You may obtain claim forms and instructions for filing claims from the Plan Administrator or from the Group Insurance Service Office of The Lincoln National Life Insurance Company. To expedite the processing of your claim, instructions on the claim form should be followed carefully; be sure all questions are answered fully. In accordance with ERISA, The Lincoln National Life Insurance Company will send you a written notice of its claim decision within:
- 45 days after receiving the first proof of a claim (105 days under special circumstances).

If a claim is partially or wholly denied, this written notice will explain the reason(s) for denial, how a review of the decision may be requested, and whether more information is needed to support the claim. You may request a review of the claim by making a written request to The Lincoln National Life Insurance Company within:
- 180 days after receiving a denial notice of a claim.

This written request for review should state the reasons why you feel the claim should not have been denied and should include any additional documentation to support your claim. You may also submit for consideration additional questions or comments you feel are appropriate, and you may review certain non-privileged information relating to the request for review. The Lincoln National Life Insurance Company will make a full and fair review of the claim and provide a final written decision to you within:
- 45 days after receiving the request for review (90 days under special circumstances).

If more information is needed to resolve a claim, the information must be supplied within 45 days after requested. Any resulting delay will not count toward the above time limits for claims or appeals processing. Please refer to your certificate of insurance for more information about how to file a claim, how to appeal a denied claim, and for details regarding the claims procedures.

### Statement of ERISA Rights

The following statement of ERISA rights is required by federal law and regulation. As a participant in this plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan participants shall be entitled to:

**Receive Information About Your Plan and Benefits.** Examine, without charge, at the Plan Administrator's office and at other specified locations, such as work sites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series), if any, filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Pension and Welfare Benefit Administration.

Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series), if any, and updated summary plan description. The administrator may make a reasonable charge for copies.

Receive a summary of the plan's annual financial report if the plan covers 100 or more participants. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

**Prudent Actions by Plan Fiduciaries.** In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

**Enforce Your Rights.** If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

**Assistance with Your Questions.** If you have any questions about your plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Pension and Welfare Benefits Administration.



## LINCOLN FINANCIAL GROUP® PRIVACY PRACTICES NOTICE

The Lincoln Financial Group companies* are committed to protecting your privacy.  To provide the products and services you expect from a financial services leader, we must collect personal information about you.  **We do not sell your personal information to third parties.**  We share your personal information with third parties as necessary to provide you with the products or services you request and to administer your business with us.  This Notice describes our current privacy practices.  While your relationship with us continues, we will update and send our Privacy Practices Notice as required by law.  Even after that relationship ends, we will continue to protect your personal information.  **You do not need to take any action because of this Notice, but you do have certain rights as described below.**

## INFORMATION WE MAY COLLECT AND USE

We collect personal information about you to help us identify you as our customer or our former customer; to process your requests and transactions; to offer investment or insurance services to you; to pay your claim; or to tell you about our products or services we believe you may want and use.  The type of personal information we collect depends on the products or services you request and may include the following:

- **Information from you:**  When you submit your application or other forms, you give us information such as your name, address, Social Security number; and your financial, health, and employment history.

- **Information about your transactions:**  We keep information about your transactions with us, such as the products you buy from us; the amount you paid for those products; your account balances; and your payment history.

- **Information from outside our family of companies:**  If you are purchasing insurance products, we may collect information from consumer reporting agencies such as your credit history; credit scores; and driving and employment records.  With your authorization, we may also collect information, such as medical information from other individuals or businesses.

- **Information from your employer:**  If your employer purchases group products from us, we may obtain information about you from your employer in order to enroll you in the plan.

## HOW WE USE YOUR PERSONAL INFORMATION

We may share your personal information within our companies and with certain service providers.  They use this information to process transactions you have requested; provide customer service; and inform you of products or services we offer that you may find useful.  Our service providers may or may not be affiliated with us.  They include financial service providers (for example, third party administrators; broker-dealers; insurance agents and brokers, registered representatives; reinsurers and other financial services companies with whom we have joint marketing agreements).  Our service providers also include non-financial companies and individuals (for example, consultants; vendors; and companies that perform marketing services on our behalf).  Information we obtain from a report prepared by a service provider may be kept by the service provider and shared with other persons; however, we require our service providers to protect your personal information and to use or disclose it only for the work they are performing for us, or as permitted by law.

When you apply for one of our products, we may share information about your application with credit bureaus.  We also may provide information to group policy owners, regulatory authorities and law enforcement officials and to others when we believe in good faith that the law requires disclosure.  In the event of a sale of all or part of our businesses, we may share customer information as part of the sale.  **We do not sell or share your information with outside marketers who may want to offer you their own products and services; nor do we share information we receive about you from a consumer reporting agency.  You do not need to take any action for this benefit.**

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

## SECURITY OF INFORMATION

We have an important responsibility to keep your information safe. We use safeguards to protect your information from unauthorized disclosure. Our employees are authorized to access your information only when they need it to provide you with products, services, or to maintain your accounts. Employees who have access to your personal information are required to keep it confidential. Employees are trained on the importance of data privacy.

Questions about your personal information should be directed to:

Lincoln Financial Group
Attn: Enterprise Compliance and Ethics
Corporate Privacy Office, 7C-01
1300 S. Clinton St.
Fort Wayne, IN 46802

**Please include all policy/contract/account numbers with your correspondence.**

\*This information applies to the following Lincoln Financial Group companies:

First Penn-Pacific Life Insurance Company
Lincoln Financial Group Trust Company, LLC
Lincoln Financial Investment Services Corporation
Lincoln Investment Advisors Corporation

Lincoln Life & Annuity Company of New York
Lincoln Retirement Services Company, LLC
Lincoln Variable Insurance Products Trust
The Lincoln National Life Insurance Company

## *ADDITIONAL PRIVACY INFORMATION FOR INSURANCE PRODUCT CUSTOMERS*

## CONFIDENTIALITY OF MEDICAL INFORMATION

We understand that you may be especially concerned about the privacy of your medical information. We do not sell or rent your medical information to anyone; nor do we share it with others for marketing purposes. We only use and share your medical information for the purpose of underwriting insurance, administering your policy or claim and other purposes permitted by law, such as disclosure to regulatory authorities or in response to a legal proceeding.

## MAKING SURE MEDICAL INFORMATION IS ACCURATE

We want to make sure we have accurate information about you. Upon written request we will tell you, within 30 business days, what personal information we have about you. You may see a copy of your personal information in person or receive a copy by mail, whichever you prefer. We will share with you who provided the information. In some cases we may provide your medical information to your personal physician. We will not provide you with information we have collected in connection with, or in anticipation of, a claim or legal proceeding. If you believe that any of our records are not correct, you may write and tell us of any changes you believe should be made. We will respond to your request within 30 business days. A copy of your request will be kept on file with your personal information so anyone reviewing your information in the future will be aware of your request. If we make changes to your records as a result of your request, we will notify you in writing and we will send the updated information, at your request, to any person who may have received the information within the prior two years. We will also send the updated information to any insurance support organization that gave us the information, and any service provider that received the information within the prior 7 years.

Questions about your personal medical information should be directed to:

Lincoln Financial Group
Attn: Medical Underwriting
P.O. Box 21008
Greensboro, NC 27420-1008

The CONFIDENTIALITY OF MEDICAL INFORMATION and MAKING SURE INFORMATION IS ACCURATE sections of this Notice apply to the following Lincoln Financial Group companies:

First Penn-Pacific Life Insurance Company
Lincoln Life & Annuity Company of New York
The Lincoln National Life Insurance Company

# EXHIBIT A3



7/1/2020 11:10 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 44181274
By: Tiffany Jefferson
Filed: 7/1/2020 11:10 AM

1002 Gemini, Suite 300
Houston, Texas 77058
Telephone:  281-667-4128
Fax:  281-676-3773
www.hammocklawfirm.com

R. Talmadge Hammock
Email: thammock@hammocklawfirm.com

Kristin F. Munkittrick
Email: kristin@hammocklawfirm.com

July 1, 2020

***Via: Efile***

Harris County District Clerk
201 Caroline
Houston, Texas 77002

Re:     Cause No. 2020-038364; Johnson, Michelle v. The Lincoln National Life Insurance
        Company; In the 164th Judicial District Court of Harris County, Texas

To Whom It May Concern:

        Please allow this letter to serve as confirmation of the request for an e-citation in the
above case. Said citation was received from the District Clerk's Office on June 29, 2020.

                        For the Firm,

                        Kristin F. Munkittrick

# EXHIBIT A4

7/23/2020 3:30 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 44781456
By: Tiffany Jefferson
Filed: 7/23/2020 3:30 PM

CAUSE NO. 202038364

RECEIPT NO: 858139  TRACKING NO: 73761973
EML

| Plaintiff: | In The 164th |
| JOHNSON, MICHELLE | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | Houston, Texas |

### CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

To:     **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY (A NON RESIDENT CORPORATION) MAY BE SERVED BY SERVING ITS REGISTERED AGENT**
**CORPORATION SERVICE COMPANY**
**211 EAST 7TH STREET SUITE 620**
**AUSTIN TX 78701-3218,**

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on June 26, 2020 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.

This citation was issued on June 29, 2020, under my hand and seal of said court.

Issued at the request of:

Hammock, Roy T
1002 GEMINI STREET SUITE 100
HOUSTON, TX 77058
281-667-4128
Bar Number: 00793889

*Marilyn Burgess*

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE  Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By:BERNITTA BARRETT

EML.

Tracking Number: 73761973

### CAUSE NUMBER: 202038364

| | |
|---|---|
| PLAINTIFF: JOHNSON, MICHELLE | In the 164th |
| vs. | Judicial District Court of |
| DEFENDANT: THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | Harris County, Texas |

### OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. on the _____ day of _____, 20_____. Executed at

(Address)_____
in

_____ County at o'clock ___. M. On the _____ day of _____, 20_____, by

Delivering to _____defendant, in person, a true copy of this Citation
together with the accompanying _____ copy (ies) of the «Attachment». Petition attached thereto and I endorsed on said
copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____, 20.

Fees $_____

_____          By_____
                Affiant                                                                              Deputy

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared.  After being by me duly sworn, he/she stated that this citation was
executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20__.

_____
Notary Public

CAUSE No. 202038364

| | | |
|---|---|---|
| MICHELLE JOHNSON | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 164TH JUDICIAL DISTRICT |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE | § | |
| COMPANY | § | HARRIS COUNTY, TEXAS |

## AFFIDAVIT

STATE OF TEXAS          §
COUNTY OF TRAVIS      §

"My name is **NORMAN WILEY** and I am a Certified Private Process Server authorized by written order by the Texas Judicial Branch Certification Commission to serve Citations and other notices in this cause. I am not less than eighteen years of age; I am of sound mind and capable of making this Affidavit. I have never been convicted of a felony or misdemeanor involving moral turpitude. I am not a party to or interested in the outcome of the cause and am competent to testify to the facts stated in this affidavit, which are based on personal knowledge and are true."

"I received a true copy of the documents described as a **Citation; and Plaintiff's Original Petition; and Exhibit 1 & 2** on the **2ND Day of July, 2020, at 1:10 P.M.**, to be delivered to the within named **Defendant, The Lincoln National Life Insurance Company, by delivering to Corporation Service Company, its Registered Agent,** located at **211 E. 7th Street, Suite, Austin, Texas 78701."**

"On the **6TH Day of July, 2020, at 1:25 P.M.,** I delivered a true copy of the **Citation; and Plaintiff's Original Petition; and Exhibit 1 & 2,** with the date of service endorsed thereon by me, to the within named **Defendant, The Lincoln National Life Insurance Company, by delivering to Corporation Service Company, its Registered Agent, on Samantha Guerra – Citation Clerk,** located at **211 E. 7th Street, Suite, Austin, Texas 78701."**

"Further affiant sayeth naught"

**NORMAN WILEY** – Texas Certified Private Process Server
JBCC # PSC1317 (Expires: 7/31/20)
9605 Blue Creek Lane
Austin, Texas 78758

Before me, a notary public, on this day personally appeared, **NORMAN WILEY**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared under oath that the statements therein contained are true and correct and within his personal knowledge. Given under my hand and seal of office this _____ day of _____, 2020.

Notary Public, State of Texas

L. LeBet Wiley
ID #129491600
My Commission Expires
July 15, 2021