# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| **MICHELLE JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NUMBER:** |
| | ) | ______________________ |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>EXHIBIT B TO NOTICE OF REMOVAL: COUNSEL OF RECORD</u>**

| **<u>Counsel:</u>** | **<u>Party Represented</u>** |
|---|---|
| R. Talmadge Hammock<br>Kristin F. Munkittrick<br>HAMMOCK LAW FIRM, PLLC<br>1002 Gemini, Suite 100<br>Houston, Texas 77058<br>281.667.4128 (phone)<br>281.676.3773 (fax)<br>thammock@hammocklawfirm.com<br>kristin@hammocklawfirm.com | Plaintiff Michelle Johnson |
| Melissa S. Gutierrez<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>JPMorgan Chase Tower<br>600 Travis Street, Suite 4800<br>Houston, Texas 77002<br>713.576.0300 (phone)<br>713.576.0301 (fax)<br>mgutierrez@bradley.com | Defendant The Lincoln National Life Insurance Company |