**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| **MICHELLE JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NUMBER: 4:20-CV-02625** |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to the Order for Conference and Disclosure of Interested Parties (Doc. 3), the undersigned counsel for Defendant The Lincoln National Life Insurance Company certifies the following parties have, or may have, a financial interest in the outcome of this litigation:

1. Michelle Johnson – Plaintiff
2. R. Talmadge Hammock – Counsel for Plaintiff
3. Kristin F. Munkittrick – Counsel for Plaintiff
4. Hammock Law Firm, PLLC – Counsel for Plaintiff
5. The Lincoln National Life Insurance Company – Defendant
6. Lincoln National Corporation – Parent company of Defendant
7. Melissa S. Gutierrez – Counsel for Defendant

8. Bradley Arant Boult Cummings, LLP – Counsel for Defendant

Respectfully submitted,

*s/Melissa S. Gutierrez*

Melissa S. Gutierrez (Bar No. 24087648)
BRADLEY ARANT BOULT CUMMINGS LLP
JPMorgan Chase Tower
600 Travis Street, Suite 4800
Houston, Texas 77002
713.576.0300 (phone)
713.576.0301 (facsimile)
mgutierrez@bradley.com

*Attorney for The Lincoln National Life Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of August, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following:

R. Talmadge Hammock
Kristin F. Munkittrick
Hammock Law Firm, PLLC
1002 Gemini, Suite 100
Houston, Texas 77058
*Counsel for Plaintiff*

*s/Melissa S. Gutierrez*