**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| **MICHELLE JOHNSON,** | **§** | |
| **Plaintiff** | **§** | |
| | **§** | **CIVIL ACTION NUMBER:** |
| **V.** | **§** | |
| | **§** | **4:20 - CV - 02625** |
| **THE LINCOLN NATIONAL LIFE** | **§** | |
| **INSURANCE COMPANY,** | **§** | |
| **Defendant** | **§** | |

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to the Order for Conference and Disclosure of Interested Parties (Doc. 3), the undersigned counsel for Plaintiff Michelle Johnson certifies the following parties have, or may have, a financial interest in the outcome of this litigation:

1. Michelle Johnson, Plaintiff
2. R. Talmadge Hammock, Counsel for Plaintiff
3. Hammock Law Firm, PLLC, Counsel for Plaintiff
4. The Lincoln National Life Insurance Company, Defendant
5. Lincoln National Corporation, Defendant
6. Melissa S. Gutierrez, Counsel for Defendant
7. Bradley Arant Boult Cummings, LLP, Counsel for Defendant

Respectfully submitted,

HAMMOCK LAW FIRM, PLLC

_______________________________________

R. Talmadge Hammock
State Bar No. 00793889
thammock@hammocklawfirm.com
1002 Gemini, Suite 100
Houston, Texas 77058
T: 281-667-4128
F: 281-676-3773
Attorney for Plaintiff, Michelle Johnson

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of August, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following:

Melissa S. Gutierrez
Bradley Arant Could Cummings LLP
JP Morgan Chase Tower
600 Travis Street, Suite 4800
Houston, Texas 77002