**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **MICHELLE JOHNSON,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION NUMBER: 4:20-CV-02625** |

**CERTIFICATE OF SERVICE**

Pursuant to the August 10, 2020 Order for Conference and Disclosure of Interested Parties (Doc. 3), the undersigned counsel for Defendant The Lincoln National Life Insurance Company certifies that the following documents have been served on opposing counsel on this, the 26th day of October:

- Order for Conference and Disclosure of Interested Parties (doc. 3);
- Complaint (doc. 1-1); and
- Court Procedures for the Honorable Charles R. Eskridge III.

Respectfully submitted,

*s/Melissa S. Gutierrez*

Melissa S. Gutierrez (Bar No. 24087648)
BRADLEY ARANT BOULT CUMMINGS LLP
JPMorgan Chase Tower
600 Travis Street, Suite 4800
Houston, Texas 77002
713.576.0300 (phone)
713.576.0301 (facsimile)
mgutierrez@bradley.com

*Attorney for The Lincoln National Life Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of October, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following:

R. Talmadge Hammock
Kristin F. Munkittrick
Hammock Law Firm, PLLC
1002 Gemini, Suite 100
Houston, Texas 77058
*Counsel for Plaintiff*

*s/Melissa S. Gutierrez*