**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| **MICHELLE JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NUMBER: 4:20-CV-02625** |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

# JOINT STATUS REPORT REGARDING SETTLEMENT

**COME NOW** plaintiff Michelle Johnson and defendant The Lincoln National Life Insurance Company, by and through their respective counsel, and hereby submit this Joint Status Report pursuant to the Court's Minute Entry of September 17, 2020:

> **The parties have reached a settlement and are working to finalize the terms and necessary documents. Dismissal papers are expected to be filed within 45 days.**

*/s/R. Talmadge Hammock*

Date: October 30, 2020.

R. Talmadge Hammock
Kristin F. Munkittrick
Hammock Law Firm, PLLC
1002 Gemini, Suite 100
Houston, Texas 77058
281.667.4128 (tel)
thammock@hammocklawfirm.com
kristin@hammocklawfirm.com

*Counsel for Plaintiff*

*/s/Melissa S. Gutierrez*
Melissa S. Gutierrez (Bar No. 24087648)
BRADLEY ARANT BOULT CUMMINGS LLP
JPMorgan Chase Tower
600 Travis Street, Suite 4800
Houston, Texas 77002
713.576.0300 (tel)
713.576.0301 (fax)
mgutierrez@bradley.com

*Attorney for Defendant*

Date: October 30, 2020.

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of October 30, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following:

R. Talmadge Hammock
Kristin F. Munkittrick
Hammock Law Firm, PLLC
1002 Gemini, Suite 100
Houston, Texas 77058
*Counsel for Plaintiff*

*s/Melissa S. Gutierrez*