United States District Court
Southern District of Texas
**ENTERED**
November 03, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MICHELLE JOHNSON, Plaintiff, | § | CIVIL ACTION NO. 4:20-cv-02625 |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, Defendant. | § | |

# ORDER

Plaintiff Michelle Johnson and Defendant The Lincoln National Life Insurance Company have provided a joint status report providing notice of settlement. Dkt 9.

All claims by Plaintiff against Defendant are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate her claims against Defendant if approval of documentation or condition precedent fails.

Signed on November 3, 2020, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge